**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HUSSEIN RAHAL & LUBNA RAHAL,

     Plaintiffs,

v.                             Case No. 6:23-CV-00392-CEM-LHP

NATIONAL SPECIALTY INSURANCE COMPANY,

     Defendants.

_____/

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiffs, HUSSEIN RAHAL & LUBNA RAHAL, by and through the undersigned counsel, and sues the Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, and would allege as follows:

1. This is an action for declaratory judgment, pursuant to Chapter 86, Florida Statutes, and in excess of Fifty Thousand Dollars ($50,000), exclusive of interest, costs and attorney's fees.

2. At all times material herein, Defendant was and is a Florida for Profit corporation, which was and is authorized to do business in Seminole County, Florida through its authorized agents, servants or employees.

3. At all times material herein, Plaintiffs owned the property located at 136 Cherry Creek Circle, Winter Springs, Florida 32708 (Property).

4. At all times material, Plaintiffs were insured under a policy of insurance, #VUW-HO-628889, issued to them by the Defendant, which covered the Property.

5. A copy of the policy is attached hereto, incorporated by reference, and marked Exhibit A.

6. On or about August 24, 2021, while the policy was in full force and effect, a severe windstorm damaged the home and allowed water to penetrate into the Property's interior, which was/is a loss covered under Section 1, COVERAGE A DWELLING in Exhibit A

7. The Plaintiffs immediately reported the losses to the Defendant and made a claim under their policy.

8. The Defendant subsequently investigated Plaintiff's claim, and purportedly went through its protocols for adjusting and handling that matter.

9. However, once the Defendant finished its adjusting process, it totally denied coverage to the Plaintiffs for their claim under Section 1 COVERAGE A DWELLING, asserting the carrier was prejudiced in the investigation of this claim.

10. Nevertheless, Plaintiffs disagree with Defendant's denial of coverage, and assert there is coverage under Section 1, COVERAGE A DWELLING of

Exhibit A, for their losses on or about August 24, 2021, as the Defendant was not prejudiced.

11. As a result of Defendant's denial of coverage, a dispute has arisen between the parties as to whether there is coverage for Plaintiffs loss on or about August 24, 2021

12. Therefore, Plaintiffs are in doubt as to their rights and/or Defendant's obligations under the subject policy concerning coverage and applicable Florida law.

13. There is a presently existing, bona fide, actual and practical need for the Court to construe Plaintiffs' rights and/or Defendant's obligations under the policy for Plaintiff's claim.

14. Plaintiffs have retained the undersigned law firms to represent them and agreed pay for their services.  Florida Statute § 627.428 provides Plaintiffs are entitled to seek those fees from Defendant.

15. Plaintiffs are also entitled to seek Court costs from the Defendant, pursuant to F.S. § 57.041 et. seq.

WHEREFORE, the Plaintiffs, HUSSEIN RAHAL & LUBNA RAHAL, respectfully request this this Court to enter a Final Declaratory Judgment against the Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, as follows:

A. The Court has Jurisdiction of the parties and the subject matter of this action;

B. The Court determine and declare there is coverage under the Plaintiffs policy for their loss on or about August 24, 2021;

C. The Court determine and declare the policy exclusion(s) and/or defense(s) raised by the Defendant have no application to the Plaintiffs' claim;

D. The Court determine and declare Plaintiffs are entitled to pre-judgment interest on all damages subsequently awarded to them, from the date of loss, until entry of the Final Declaratory Judgment;

E. The Court determine and declare that the Plaintiffs are entitled to an award of attorney's fees from the Defendant, pursuant to Florida, Statutes § 627.428, and costs pursuant to Florida Statutes § 57.041, et. Seq; and

F. The Court retain jurisdiction over the parties, and subject matter, as to Plaintiffs' claim for supplemental relief, including damages, as provided by § 86.031.

## **DEMAND FOR JURY TRIAL**

Plaintiffs, by the undersigned counsel and pursuant to Rule 1.430 of the Florida Rules of Civil Procedure, hereby demand trial by jury as to all issues of fact raised by the Complaint.

MAPP & PARKER, P.A.

*/Charles Parker, III/*

CHARLES PARKER, III, ESQUIRE
Florida Bar #1014981
Email:  caparker1419@gmail.com
CHARLES PARKER, JR., ESQUIRE
Florida Bar #850322
Email:  capjnp@gmail.com
Alt. Email: sbell1419@gmail.com
1419 East Robinson Street
Orlando, Florida 32801
(407) 894-1285
Attorney for Plaintiffs



20 Burton Hills Blvd Suite 350
Nashville, TN 37215

phone 1 615 942 0740
fax 1 615 454 9839

www.velocityrisk.com

I certify the provided are the policy documents for Hussein M Rahal and Lubna Rahal, effective 01/31/2021 to 01/31/2022

_Mehak Sharma_

Velocity Service Representative, Mehak Sharma

**Exhibit A**



**velocity**
risk underwriters

PO BOX 3036, Bigfork, MT 59911
Customer Service: (844) 878-7529
Report a Claim:: (844) 878-2567

**National Specialty Insurance Company**
Administered by:
**Velocity Risk Underwriters, LLC**

**INSURED COPY**

HOMEOWNERS
RENEWAL BUSINESS

## POLICY DECLARATION

Named Insured and Mailing Address:

Hussein M Rahal and Lubna Rahal
136 Cherry Creek Cir
Winter Springs, FL 32708-6172

Location of Residence Premises:
Hussein M Rahal
136 Cherry Creek Cir, Winter Springs, FL 32708-6172

| | |
|---|---|
| Declaration Effective: | 01/31/2021 |
| Date Issued: | 12/04/2020 |
| Policy Number: | VUW-HO-628889 |
| Policy Period: | 01/31/2021 - 01/31/2022 12:01 AM Standard Time at the Residence Premises |
| Agency: | 4504 |
| Agency Phone Number: | (877) 677-4063 |
| Agency Address: | 3020 Hartley Rd, Suite 300 Jacksonville, FL 32257 |

### Policy Coverages

| Section I - Property | Limit | Premium |
|---|---|---|
| Coverage A - Dwelling | $850,000 | $2,491.36 |
| Coverage B - Other Structures | $17,000 | $0.00 |
| Coverage C - Personal Property | $212,500 | $0.00 |
| Coverage D - Loss of Use | $170,000 | $0.00 |
| Section II - Liability | Limit | Premium |
| Coverage E - Personal Liability | $500,000 | $44.11 |
| Coverage F - Medical Payments to Others | $5,000 | $10.00 |

### Premium Summary

| Description | Premium |
|---|---|
| Basic Coverages Premium | $2,545.47 |
| Attached Endorsements Premium | $652.46 |
| Scheduled Property Premium | $0.00 |
| Policy Fees and Surcharges | $27.00 |
| Total Non-Hurricane Premium | $1,786.00 |
| Total Hurricane Premium | $1,549.00 |
| Total Policy Premium | $3,362.00 |

### Deductibles (Applies to Section I Coverages Only)

All Other Perils:  $2,500

**Hurricane Deductible:**
  $8,500 (1% of Coverage A)

The credit applied to your All Other Perils deductible from the Direct Repair Endorsement is = $250

# POLICY DECLARATION
## INSURED COPY
HOMEOWNERS

RENEWAL BUSINESS

| | |
|---|---|
| Declaration Effective: | 01/31/2021 |
| Date Issued: | 12/04/2020 |
| Policy Number: | VUW-HO-628889 |
| Policy Period: | 01/31/2021 - 01/31/2022 |
| | 12:01 AM Standard Time at the Residence Premises |

## Optional Coverages and Endorsements

| Description | Limit | Deductible | Premium |
|---|---|---|---|
| Ordinance or Law Selection | | | $0.00 |
| Catastrophic Ground Cover Collapse | | | $0.00 |
| Direct Repair Endorsement | | | $0.00 |
| Program Consent Form | | | $0.00 |
| Emergency Water Removal Services | | | $0.00 |
| Limited Fungi, Mold, Wet or Dry Rot, or Bacteria Coverage | $25,000 / $50,000 | | $60.00 |
| Loss Assessment Coverage | $5,000 | | $15.00 |
| Motorized Golf Cart Coverage | $5,000/$100,000/$300,000/$100,000/$5,000 | | $100.00 |
| Limited Screened Enclosure and Carport Coverage | $20,000 | | $203.25 |
| Personal Property Replacement Cost - Florida | | | $249.21 |
| Water Back Up and Sump Overflow | $5,000 | $1,000 | $25.00 |

## Rating Information

| Description | | Description | |
|---|---|---|---|
| Usage: | Primary | Miles To Fire Department: | Within 1000 feet |
| Construction: | Frame | Responding Fire Department: | SEMINOLE CO FS 26 |
| Protection Class: | 2 | Wind Speed: | 120+ |
| Year Built: | 2002 | Replacement Cost: | $796,540 |
| Occupancy: | Owner | County: | Seminole |
| Territory: | 511 | Opening Protection: | N - Unknown/unverified |
| Roof Age: | 19 | Terrain: | B |
| Roof Type: | Tile - Clay | Wind-Borne Debris Region: | No |
| Roof Geometry: | Hip | Roof Wall: | G - Unknown or Unidentified |
| Roof Cover: | E - Unknown | Secondary Water Resistant: | C - Unknown or Undetermined |
| Roof Deck: | F - Unknown or unidentified | | |

## Policy Credits and Charges

# POLICY DECLARATION
## INSURED COPY
HOMEOWNERS
RENEWAL BUSINESS

| | |
|---|---|
| Declaration Effective: | 01/31/2021 |
| Date Issued: | 12/04/2020 |
| Policy Number: | VUW-HO-628889 |
| Policy Period: | 01/31/2021 - 01/31/2022 |
| | 12:01 AM Standard Time at the Residence Premises |

| Description | Premium |
|---|---|
| Windstorm Mitigation | -$3,854.18 |
| Financial Responsibility | -$575.52 |
| Secured Community | -$349.05 |
| Building Code Effectiveness Grade | -$315.40 |
| Claim History | -$98.89 |

## Mortgagee(s)/Additional Interest(s)/Additional Insured(s)

## Forms and Endorsements Applicable to This Policy

| Form Number | Description |
|---|---|
| MailingInsert 09 20 | Mailing Insert |
| VRU HO PJ 012 02 | Policy Jacket |
| OIR B1 1670 01 06 | Checklist of Coverage |
| OIR B1 1655 02 10 | Notice of Premium Discounts for Hurricane Loss Mitigation |
| VRU HO OLS 012 01 | Ordinance or Law Selection |
| VRU HO DON 012 01 | Deductible Options Notice |
| CISIL NSIC PR 05 15 | Policyholder Privacy Notice |
| HO 00 03 05 11 | Homeowners 3 - Special Form |
| VRU HO SP 012 04 | Special Provisions |
| VRU HO CGC 012 03 | Catastrophic Ground Cover Collapse |
| VRU HO DRF 012 02 | Direct Repair Endorsement |
| VRU HO CON 012 01 | Program Consent Form |
| VRU HO EWR 012 02 | Emergency Water Removal Services |
| VRU HO HDE 012 01 | Hurricane Deductible Endorsement |
| VRU HO LFM 012 02 | Limited Fungi, Mold, Wet or Dry Rot, or Bacteria Coverage |
| VRU HO LAC 012 01 | Loss Assessment Coverage |
| VRU HO NDC 012 02 | No Section II Day Care Coverage |

POLICY DECLARATION
INSURED COPY
HOMEOWNERS
RENEWAL BUSINESS

| | |
|---|---|
| Declaration Effective: | 01/31/2021 |
| Date Issued: | 12/04/2020 |
| Policy Number: | VUW-HO-628889 |
| Policy Period: | 01/31/2021 - 01/31/2022 |
| | 12:01 AM Standard Time at the Residence Premises |

| | |
|---|---|
| VRU HO GC 012 01 | Motorized Golf Cart Coverage |
| VRU HO LSE 012 01 | Limited Screened Enclosure and Carport Coverage |
| HO 23 86 01 06 | Personal Property Replacement Cost - Florida |
| VRU HO WBU 012 02 | Water Back Up and Sump Overflow |
| SNC-IL-0719-TOES-E-FL 00 01 | Trade or Economic Sanctions |
| SNC-IL-0719-OFAC-N 00 01 | OFAC Notice |

THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL

## POLICY DECLARATION
INSURED COPY
HOMEOWNERS
RENEWAL BUSINESS

| | |
|---|---|
| Declaration Effective: | 01/31/2021 |
| Date Issued: | 12/04/2020 |
| Policy Number: | VUW-HO-628889 |
| Policy Period: | 01/31/2021 - 01/31/2022 |
| | 12:01 AM Standard Time at the Residence Premises |

## COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.

A RATE ADJUSTMENT OF 6.0% CREDIT IS INCLUDED TO REFLECT THE BUILDING CODE ENFORCEMENT GRADE IN YOUR AREA. ADJUSTMENTS RANGE FROM 1.0% SURCHARGE TO 12.0% CREDIT.

A RATE ADJUSTMENT OF 78.0% CREDIT IS INCLUDED TO REFLECT THE WINDSTORM MITIGATION DEVICE CREDIT. THIS CREDIT APPLIES ONLY TO THE WIND PORTION OF YOUR PREMIUM ADJUSTMENTS RANGE FROM 0% TO 89.0%.

Doris Dunn

This replaces all previously issued Policy Declarations if any.  The declaration pages together with all policy provisions and any other applicable endorsements complete your policy.

# National Specialty Insurance Company

Administered by:



# Homeowners Policy (HO-3)

PO BOX 3036
Bigfork, MT 59911

CUSTOMER SERVICE: (844) 878-7529

TO REPORT A CLAIM, PLEASE CALL: (844) 878-2567

---

****************************IMPORTANT NOTICE***************************

THIS POLICY DOES NOT INCLUDE INSURANCE PROTECTION AGAINST FLOOD
LOSSES. THIS COVERAGE IS AVAILABLE THROUGH AGENTS WHO WRITE FLOOD
INSURANCE.
IF YOU SHOULD HAVE ANY QUESTIONS REGARDING THIS COVERAGE,
PLEASE CONTACT YOUR AGENT.

This policy is issued on behalf of National Specialty Insurance Company and by acceptance of
this policy, you agree that:

1. The statements in the application are your representations;

2. This policy is issued in reliance upon the truth of those representations; and

3. This policy embodies all agreements existing between you and National Specialty Insurance
Company (administered by Velocity Risk Underwriters, LLC) and any of our Producers relating
to this policy.


IN WITNESS WHEREOF: In consideration of your paid premium, the Company has caused this;
policy to be executed and attested, but this policy shall not be valid unless countersigned by a
duly authorized representative of the Company.

_Matt Freeman_
_____

Matt Freeman
President, National Specialty Insurance Company

# Checklist of Coverage

## Policy Type: <u>Homeowner's</u>

(Indicate: Homeowner's, Condominium Unit Owner's, Tenant's, Dwelling, or Mobile Home Owner's)

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | |
|---|---|
| Limit of Insurance: $850,000 | Loss Settlement Basis: Replacement Cost |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc) |
| **Other Structures Coverage (Detached from Dwelling)** | |
| Limit of Insurance: $17,000 | Loss Settlement Basis: Replacement Cost |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc) |
| **Personal Property Coverage** | |
| Limit of Insurance: $212,500 | Loss Settlement Basis: Replacement Cost |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc) |
| **Deductibles** | |
| Annual Hurricane: $8,500 | All Perils (Other Than Hurricane): $2,500 |

OIR-B1-1670 (1-1-06)                                                                                        1 of 3

Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against:
(items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included)

| | |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (Including storm surge) |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking , Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| N | Sinkhole |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.

| Loss of Use Coverage | | | |
|---|---|---|---|
| Coverage | | Limit of Insurance | Time Limit |
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | | |
| Y | Additional Living Expense | $170,000 | The shortest time required to repair or replace the damage. |
| Y | Fair Rental Value | $170,000 | The shortest time required to repair or replace such premises. |
| Y | Civil Authority Prohibits Use | $170,000 | No more than two weeks. |

| Property - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. |
| | | | Included | Additional |
| Y | Debris Removal | $850,000 | Y | Y - Up to $42,500 |
| Y | Reasonable Repairs | $850,000 | Y | N |
| Y | Property Removed | $212,500 Up to 30 Days | Y | N |
| Y | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | $500 | Y | N |
| Y | Loss Assessment | $5,000 | Y | Y |
| Y | Collapse | $850,000 | Y | N |
| Y | Glass or Safety Glazing Material | $850,000 | Y | N |
| Y | Landlord's Furnishings | $2,500 | Y | N |
| Y | Law and Ordinance | $212,500 | Y | Y |
| N | Grave Markers | - | - | - |
| Y | Mold / Fungi | $25,000 | Y | Y |

Checklist of Coverage (continued)

| Discounts | |
|---|---|
| (Items below marked Y (Yes) indicate discount IS applied, those marked N (No) indicate discount is NOT applied) | Dollar ($) Amount of Discount |

| | | |
|---|---|---|
| N | Accredited Builder Discount | - |
| N | Burglar Protective Devices | - |
| N | Fire Protective Devices | - |
| N | Water Protective Devices | - |
| Y | Secured Community | $349.05 |
| N | Age of Insured | - |
| Y | Claim History | $98.89 |
| Y | Financial Responsibility | $575.52 |
| Y | Windstorm Loss Reduction | $3,854.18 |
| Y | Building Code Effectiveness Grading Schedule | $315.40 |

| Insurer May Insert Any Other Property Coverage Below | | | |
|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Loss Settlement Basis: (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) | |
| Y Hurricane Screened Enclosure Loss | $20,000 | $20,000 | Actual Cash Value |
| Y Water Back Up | $5,000 | $5,000 | Replacement Cost |
| Y Golf Cart Coverage | $5,000 | $5,000 | Actual Cash Value |

| Personal Liability Coverage |
|---|
| Limit of Insurance: $500,000 |

| Medical Payments to Others Coverage |
|---|
| Limit of Insurance: $5,000 |

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y Claim Expenses | | Y | N |
| Y First Aid Expenses | | Y | N |
| Y Damage to Property of Others | $500 | Y | N |
| Y Loss Assessment | $5,000 | Y | Y |

| Insurer May Insert Any Other Liability Coverage Below | |
|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance |
| Y Golf Cart Coverage | $100,000/$300,000/$100,000 |

# Notice of Premium Discounts for Hurricane Loss Mitigation

## *** Important Information ***
### About Your Personal Residential Insurance Policy

Dear Homeowner,

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

What factors are considered in establishing my premium?

Your location: The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes the hurricane-wind premium higher than for similar homes in other areas of the state.

Your policy: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

Your deductible: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible your out-of-pocket expenses in the event of a hurricane claim will be higher.

Improvements to your home: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane–wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at  www.myfloridalicense.com.

Your maximum discount: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of  89% .

How can I take advantage of the discounts?

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications contact your insurance agent or insurance company.

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium* of $1,549 which is part of your total annual premium of $3,362. Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed below are not cumulative.

*Wind mitigation credits apply to that portion of your premium that covers the peril of wind, whether or not a hurricane exists.

Homes built prior to the 2001 building code

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| Roof Covering (i.e., shingles or tiles)<br>• Meets the Florida Building Code. | n/a | n/a |
| • Reinforced Concrete Roof Deck.<br>(If this feature is installed on your home you most likely will not qualify for any other discount.) | n/a | n/a |
| How Your Roof is Attached<br>• Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood. | n/a | n/a |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood. | n/a | n/a |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood. | n/a | n/a |

| Roof-to-Wall Connection | | |
|---|---|---|
| • Using "Toe Nails" - defined as three nails driven at an angle through the rafter and into the top roof. | n/a | n/a |
| • Using Clips - defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud. | n/a | n/a |
| • Using Single Wraps - a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss. | n/a | n/a |
| • Using Double Wraps - straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss. | n/a | n/a |
| Roof Shape | | |
| • Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid). | n/a | n/a |
| • Other. | n/a | n/a |
| Secondary Water Resistance (SWR) | | |
| • SWR - defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off. | n/a | n/a |
| • No SWR. | n/a | n/a |
| Shutters | | |
| • None. | n/a | n/a |
| • Intermediate Type -shutters that are strong enough to meet half the old Miami-Dade building code standards. | n/a | n/a |
| • Hurricane Protection Type -- shutters that are strong enough to meet the current Miami-Dade building code standards. | n/a | n/a |

* Estimate is based on information currently on file and the actual amount may vary.

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is <u>Reduced</u> by: |
|---|---|---|
| Homes built under the 2001 Florida Building Code or later edition (also including the 1994 South Florida Building Code for homes in Miami-Dade and Broward Counties) are eligible for a minimum 68% discount on the hurricane-wind portion of your premium. You may be eligible for greater discount if other mitigation features are installed on your home. | 68% | $3,306 |
| <u>Shutters</u><br>• None. | 78% | $3,792 |
| • Intermediate Type -shutters that are strong enough to meet half the old Miami-Dade building code standards. | 82% | $3,987 |
| • Hurricane Protection Type -- shutters that are strong enough to meet the current Miami-Dade building code standards. | 82% | $3,987 |
| <u>Roof Shape</u><br>• Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid). | 78% | $3,792 |
| • Other. | 74% | $3,598 |

* Estimate is based on information currently on file and the actual amount may vary.

Alternately and regardless of the year of construction, if you meet the minimum fixture and construction requirements of the <u>2001</u> Florida Building Code you have the option to reduce your hurricane-wind deductible from 1% of Coverage A to 10% of Coverage A.

If you have further questions about the construction techniques and features or other construction techniques and features that could result in a discount, please contact your insurance agent or the insurance company at (844) 878-7529.

**HOMEOWNERS**
**VRU HO DON 012 01**

## DEDUCTIBLE OPTIONS NOTICE

Florida Law requires us to notify you of your right to choose a deductible for the peril of windstorm during a hurricane. The available hurricane deductibles are as follows:

- $500 Flat Deductible
- 1% Deductible
- 2% Deductible
- 3% Deductible
- 5% Deductible
- 10% Deductible

All percentages refer to the percent of the Dwelling Coverage value shown on the declarations page. For example: If you choose the 2% deductible and your dwelling coverage is $150,000, you will have a $3,000 deductible for any loss caused by windstorm during a hurricane. Some hurricane deductibles may not be available due to the value of your dwelling. If you select a lower hurricane deductible when a hurricane loss has already occurred under our policy or under one in our company group during that calendar year, the lower deductible will not take effect until January 1 of the following calendar year.

Florida Law also requires us to notify you of the availability of a $500 deductible applicable to losses from perils other than hurricane.

Your policy declaration page reflects your current hurricane deductible and other perils deductible. If you wish to change either of your deductibles, please call your agent listed on the declaration page. In the event that no affirmative selection is made, we will continue to apply the Hurricane Deductible listed on your Declarations Page. If no affirmative selection is made at new business, the default deductible is 2%.

**National Specialty Insurance Company**

**Policy Holder Privacy Statement**

As a policyholder of National Specialty Insurance Company, you may remember that you purchased your National Specialty Insurance Company policy from an insurance agent. Please understand that the agent from whom you purchased your National Specialty Insurance Company policy is not affiliated with National Specialty Insurance Company, but rather is a separate legal entity. In the process of purchasing your National Specialty Insurance Company policy, you have provided your insurance agent with information, which may include nonpublic personal information, about yourself. You did not provide any such information directly to National Specialty Insurance Company, but on occasion we may receive such information from your insurance agent. This statement is intended to explain and disclose National Specialty Insurance Company's policies and practices regarding the collection, disclosure and protection of such information.

National Specialty Insurance Company will provide customers like yourself with a copy of our privacy policy at the beginning of our relationship and annually thereafter, unless and until our relationship ends. As our products and services continue to evolve, it may be necessary to review and revise our privacy policies, in which case we will provide you with an updated privacy notice.

I.      Financial Information Collected.

During the ordinary course of our business, National Specialty Insurance Company may – as explained above – collect information about you from the following sources:

- Information the insurance agent receives from you on applications or other forms;
- Information about your transactions (including claims) with us, our affiliates and others; and
- Information we receive from other agents, brokers, administrators, insurance support agencies, legal counsel, consumer reporting agencies and government reporting agencies.

II.     Financial Information Disclosed.

We do not disclose any information about our customers or former customers to anyone, except as permitted by law to service your business.

III.    Parties To Whom Information is Disclosed.

We do not disclose any information about our customers or former customers to anyone, except as permitted by law to service your business.

IV.     Confidentiality and Security of Information.

We restrict access to information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards to guard your information.

V.      Access to and Correction of Your Information.

You may write to us if you have any questions about the information that we may have in our records about you. We will respond within 30 business days from the date such request is received to your inquiry. If you wish, you may review this information in person or receive a copy at a reasonable charge. You can notify us in writing if you believe any information should be corrected, amended, or deleted and we will review your request. We will either make the requested change or explain why we did not do so. If we do not make the requested change, you may submit a short written statement identifying the disputed information, which will be included in all future disclosures of your information.

We value your business. This statement is for your information. No response is necessary.

CISIL NSIC PR 05 15

# HOMEOWNERS 3 – SPECIAL FORM

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

**b.** A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

**(2)** 21 and in your care or the care of a resident of your household who is your relative; or

**c.** Under Section **II**:

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.** "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**(2)** With respect to a "motor vehicle" to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person described in **5.a.** or **b.**; or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II,** when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one-, two-, three- or four-family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one-family dwelling where you reside;

**b.** The two-, three- or four-family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

**SECTION I – PROPERTY COVERAGES**

**A. Coverage A – Dwelling**

**1.** We cover:

  **a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

  **b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.** We do not cover land, including land on which the dwelling is located.

**B. Coverage B – Other Structures**

**1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

**2.** We do not cover:

  **a.** Land, including land on which the other structures are located;

  **b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

  **c.** Other structures from which any "business" is conducted; or

  **d.** Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling, provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**3.** The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A.** Use of this coverage does not reduce the Coverage **A** limit of liability.

**C. Coverage C – Personal Property**

**1. Covered Property**

We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

  **a.** Others while the property is on the part of the "residence premises" occupied by an "insured"; or

  **b.** A guest or a "residence employee", while the property is in any residence occupied by an "insured".

**2. Limit For Property At Other Locations**

  **a. Other Residences**

  Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

  **(1)** Moved from the "residence premises" because it is:

    **(a)** Being repaired, renovated or rebuilt; and

    **(b)** Not fit to live in or store property in; or

  **(2)** In a newly acquired principal residence for 30 days from the time you begin to move the property there.

  **b. Self-storage Facilities**

  Our limit of liability for personal property owned or used by an "insured" and located in a self-storage facility is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

  **(1)** Moved from the "residence premises" because it is:

    **(a)** Being repaired, renovated or rebuilt; and

    **(b)** Not fit to live in or store property in; or

  **(2)** Usually located in an "insured's" residence, other than the "residence premises".

 © Insurance Services Office, Inc., 2010

**3. Special Limits Of Liability**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

**a.** $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**b.** $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**c.** $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

**d.** $1,500 on trailers or semitrailers not used with watercraft of all types.

**e.** $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

**f.** $2,500 for loss by theft of firearms and related equipment.

**g.** $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

**h.** $2,500 on property, on the "residence premises", used primarily for "business" purposes.

**i.** $1,500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a "motor vehicle".

**j.** $1,500 on portable electronic equipment that:

**(1)** Reproduces, receives or transmits audio, visual or data signals;

**(2)** Is designed to be operated by more than one power source, one of which is a "motor vehicle's" electrical system; and

**(3)** Is in or upon a "motor vehicle".

**k.** $250 for antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a "motor vehicle".

**4. Property Not Covered**

We do not cover:

**a.** Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

**b.** Animals, birds or fish;

**c.** "Motor vehicles".

This includes a "motor vehicle's" equipment and parts. However, this Paragraph **4.c.** does not apply to:

**(1)** Portable electronic equipment that:

**(a)** Reproduces, receives or transmits audio, visual or data signals; and

**(b)** Is designed so that it may be operated from a power source other than a "motor vehicle's" electrical system.

**(2)** "Motor vehicles" not required to be registered for use on public roads or property which are:

**(a)** Used solely to service a residence; or

**(b)** Designed to assist the handicapped;

**d.** Aircraft, meaning any contrivance used or designed for flight, including any parts whether or not attached to the aircraft.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

**e.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**f.** Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

**g.** Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in **E.10.** Landlord's Furnishings under Section I – Property Coverages;

**h.** Property rented or held for rental to others off the "residence premises";

**i.** "Business" data, including such data stored in:

  **(1)** Books of account, drawings or other paper records; or

  **(2)** Computers and related equipment.

We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages; or

**k.** Water or steam.

**D. Coverage D – Loss Of Use**

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

**1. Additional Living Expense**

If a loss covered under Section I makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2. Fair Rental Value**

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

**3. Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

**4. Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

**E. Additional Coverages**

**1. Debris Removal**

**a.** We will pay your reasonable expense for the removal of:

  **(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

  **(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

  **(1)** Your trees felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

  **(2)** A neighbor's trees felled by a Peril Insured Against under Coverage **C;**

provided the trees:

  **(3)** Damage a covered structure; or

  **(4)** Do not damage a covered structure, but:

    **(a)** Block a driveway on the "residence premises" which prevents a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(b)** Block a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss, regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

**2. Reasonable Repairs**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, described in **C.4.** under Section **I** – Conditions.

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

**a.** We will pay up to $500 for:

**(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

**(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

**(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

**(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is additional insurance. No deductible applies to this coverage.

**b.** We do not cover:

**(1)** Use of a credit card, electronic fund transfer card or access device:

**(a)** By a resident of your household;

**(b)** By a person who has been entrusted with either type of card or access device; or

**(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

**(2)** Loss arising out of "business" use or dishonesty of an "insured".

**c.** If the coverage in **a.** above applies, the following defense provisions also apply:

**(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

**7. Loss Assessment**

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A,** other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **Q.** Policy Period under Section **I** – Conditions does not apply to this coverage.

This coverage is additional insurance.

**8. Collapse**

**a.** The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse.

**b.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**c.** This Additional Coverage – Collapse does not apply to:

**(1)** A building or any part of a building that is in danger of falling down or caving in;

**(2)** A part of a building that is standing, even if it has separated from another part of the building; or

**(3)** A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**d.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

**(1)** The Perils Insured Against named under Coverage **C;**

**(2)** Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**e.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **d.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**f.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**9. Glass Or Safety Glazing Material**

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Coverage **C,** other than Theft.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

**11. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C**.

This coverage does not increase the limits of liability that apply to the damaged covered property.

**SECTION I – PERILS INSURED AGAINST**

**A. Coverage A – Dwelling And Coverage B – Other Structures**

1. We insure against direct physical loss to property described in Coverages **A** and **B**.

2. We do not insure, however, for loss:

   **a.** Excluded under Section **I** – Exclusions;

   **b.** Involving collapse, including any of the following conditions of property or any part of the property:

      **(1)** An abrupt falling down or caving in;

      **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

      **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above;

      except as provided in **E.8.** Collapse under Section **I** – Property Coverages; or

   **c.** Caused by:

      **(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

         **(a)** Maintain heat in the building; or

         **(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

   **(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

      **(a)** Fence, pavement, patio or swimming pool;

      **(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

      **(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

      **(d)** Pier, wharf or dock;

   **(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

   **(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

   **(5)** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

      **(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

      **(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rust or other corrosion, or dry rot;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C**.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, rodents or insects;

**(h)** Nesting or infestation, or discharge or release of waste products or secretions, by any animals; or

**(i)** Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Section **I** – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**B. Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by any of the following perils unless the loss is excluded in Section **I** – Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

3. **Explosion**

4. **Riot Or Civil Commotion**

5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.

6. **Vehicles**

7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism Or Malicious Mischief**

9. **Theft**

   **a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   **b.** This peril does not include loss caused by theft:

   **(1)** Committed by an "insured";

   **(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

   **(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

   **(4)** That occurs off the "residence premises" of:

   **(a)** Trailers, semitrailers and campers;

   **(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

   **(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

10. **Falling Objects**

    This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight Of Ice, Snow Or Sleet**

    This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

12. **Accidental Discharge Or Overflow Of Water Or Steam**

    **a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    **b.** This peril does not include loss:

    **(1)** To the system or appliance from which the water or steam escaped;

    **(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

    **(3)** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

    **(4)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

    **c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

    **d.** Section **I** – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

    This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing under this peril.

**14. Freezing**

   **a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to:

     **(1)** Maintain heat in the building; or

     **(2)** Shut off the water supply and drain all systems and appliances of water.

     However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

   **b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

   This peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

   This peril does not include loss caused by earthquake, land shock waves or tremors.

## SECTION I – EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **1. Ordinance Or Law**

     Ordinance Or Law means any ordinance or law:

     **a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section **I** – Property Coverages;

     **b.** The requirements of which result in a loss in value to property; or

   **c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

     Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   This Exclusion **A.1.** applies whether or not the property has been physically damaged.

   **2. Earth Movement**

     Earth Movement means:

     **a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

     **b.** Landslide, mudslide or mudflow;

     **c.** Subsidence or sinkhole; or

     **d.** Any other earth movement including earth sinking, rising or shifting.

     This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.d.,** is caused by an act of nature or is otherwise caused.

     However, direct loss by fire, explosion or theft resulting from any of the above, in **A.2.a.** through **A.2.d.,** is covered.

   **3. Water**

     This means:

     **a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

     **b.** Water which:

       **(1)** Backs up through sewers or drains; or

       **(2)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

     **c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

     **d.** Waterborne material carried or otherwise moved by any of the water referred to in **A.3.a.** through **A.3.c.** of this exclusion.

© Insurance Services Office, Inc., 2010

This Exclusion **A.3.** applies regardless of whether any of the above, in **A.3.a.** through **A.3.d.,** is caused by an act of nature or is otherwise caused.

This Exclusion **A.3.** applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.3.a.** through **A.3.d.,** is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **N.** Nuclear Hazard Clause under Section **I** – Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A, B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

**SECTION I – CONDITIONS**

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Deductible**

Unless otherwise noted in this policy, the following deductible provision applies:

With respect to any one loss:

**1.** Subject to the applicable limit of liability, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

**2.** If two or more deductibles under this policy apply to the loss, only the highest deductible amount will apply.

## C. Duties After Loss

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

**1.** Give prompt notice to us or our agent;

**2.** Notify the police in case of loss by theft;

**3.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages;

**4.** Protect the property from further damage. If repairs to the property are required, you must:

  **a.** Make reasonable and necessary repairs to protect the property; and

  **b.** Keep an accurate record of repair expenses;

**5.** Cooperate with us in the investigation of a claim;

**6.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**7.** As often as we reasonably require:

  **a.** Show the damaged property;

  **b.** Provide us with records and documents we request and permit us to make copies; and

  **c.** Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**8.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

  **a.** The time and cause of loss;

  **b.** The interests of all "insureds" and all others in the property involved and all liens on the property;

  **c.** Other insurance which may cover the loss;

  **d.** Changes in title or occupancy of the property during the term of the policy;

  **e.** Specifications of damaged buildings and detailed repair estimates;

  **f.** The inventory of damaged personal property described in **6.** above;

  **g.** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

  **h.** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages, stating the amount and cause of loss.

## D. Loss Settlement

In this Condition **D.,** the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section **I** – Property Coverages. Covered property losses are settled as follows:

**1.** Property of the following types:

  **a.** Personal property;

  **b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

  **c.** Structures that are not buildings; and

  **d.** Grave markers, including mausoleums;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

  **a.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, without deduction for depreciation, but not more than the least of the following amounts:

    **(1)** The limit of liability under this policy that applies to the building;

    **(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

    **(3)** The necessary amount actually spent to repair or replace the damaged building.

  If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(1)** The actual cash value of that part of the building damaged; or

**(2)** That proportion of the cost to repair or replace, without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this policy on the building; and

**(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **D.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**E. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**F. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**G. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**H.  Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within two years after the date of loss.

**I.  Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**J.  Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.**  Reach an agreement with you;

**2.**  There is an entry of a final judgment; or

**3.**  There is a filing of an appraisal award with us.

**K.  Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**L.  Mortgage Clause**

**1.**  If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.**  If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.**  Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.**  Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.**  Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **F.** Appraisal, **H.** Suit Against Us and **J.** Loss Payment under Section **I** – Conditions also apply to the mortgagee.

**3.**  If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**4.**  If we pay the mortgagee for any loss and deny payment to you:

**a.**  We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.**  At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**5.**  Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**M.  No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**N.  Nuclear Hazard Clause**

**1.**  "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.**  Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.**  This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**O.  Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**P.  Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

**Q.  Policy Period**

This policy applies only to loss which occurs during the policy period.

    © Insurance Services Office, Inc., 2010

**R. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

**S. Loss Payable Clause**

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## SECTION II – LIABILITY COVERAGES

### A. Coverage E – Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

### B. Coverage F – Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

**1.** To a person on the "insured location" with the permission of an "insured"; or

**2.** To a person off the "insured location", if the "bodily injury":

**a.** Arises out of a condition on the "insured location" or the ways immediately adjoining;

**b.** Is caused by the activities of an "insured";

**c.** Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

**d.** Is caused by an animal owned by or in the care of an "insured".

## SECTION II – EXCLUSIONS

### A. "Motor Vehicle Liability"

**1.** Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

**a.** Is registered for use on public roads or property;

**b.** Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

**c.** Is being:

**(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

**(2)** Rented to others;

**(3)** Used to carry persons or cargo for a charge; or

**(4)** Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

**2.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability", unless the "motor vehicle" is:

**a.** In dead storage on an "insured location";

**b.** Used solely to service a residence;

**c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

**(1)** Being used to assist a handicapped person; or

**(2)** Parked on an "insured location";

**d.** Designed for recreational use off public roads and:

**(1)** Not owned by an "insured"; or

**(2)** Owned by an "insured" provided the "occurrence" takes place:

**(a)** On an "insured location" as defined in Definition **B.6.a., b., d., e.** or **h.;** or

**(b)** Off an "insured location" and the "motor vehicle" is:

**(i)** Designed as a toy vehicle for use by children under seven years of age;

**(ii)** Powered by one or more batteries; and

**(iii)** Not built or modified after manufacture to exceed a speed of five miles per hour on level ground;

**e.** A motorized golf cart that is owned by an "insured", designed to carry up to four persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

**(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

**(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

**(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

**(c)** Cross public roads at designated points to access other parts of the golfing facility; or

**(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B. "Watercraft Liability"**

**1.** Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

**a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

**b.** Rented to others;

**c.** Used to carry persons or cargo for a charge; or

**d.** Used for any "business" purpose.

**2.** If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

**a.** Is stored;

**b.** Is a sailing vessel, with or without auxiliary power, that is:

**(1)** Less than 26 feet in overall length; or

**(2)** 26 feet or more in overall length and not owned by or rented to an "insured"; or

**c.** Is not a sailing vessel and is powered by:

**(1)** An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

**(a)** 50 horsepower or less and not owned by an "insured"; or

**(b)** More than 50 horsepower and not owned by or rented to an "insured"; or

**(2)** One or more outboard engines or motors with:

**(a)** 25 total horsepower or less;

**(b)** More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

**(c)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

**(d)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

**(i)** You declare them at policy inception; or

**(ii)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in **(c)** and **(d)** above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage":

**a.** Is of a different kind, quality or degree than initially expected or intended; or

**b.** Is sustained by a different person, entity or property than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

**2. "Business"**

**a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.** This Exclusion **E.2.** does not apply to:

**(1)** The rental or holding for rental of an "insured location";

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

 © Insurance Services Office, Inc., 2010

## F. Coverage E – Personal Liability

Coverage **E** does not apply to:

1. Liability:

   a. For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II** – Additional Coverages;

   b. Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

      (1) That directly relate to the ownership, maintenance or use of an "insured location"; or

      (2) Where the liability of others is assumed by you prior to an "occurrence";

      unless excluded in **a.** above or elsewhere in this policy;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      (1) Nuclear Energy Liability Insurance Association;

      (2) Mutual Atomic Energy Liability Underwriters;

      (3) Nuclear Insurance Association of Canada;

      or any of their successors; or

   b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definition **5.a.** or **b.**

   This exclusion also applies to any claim made or suit brought against you or an "insured" to:

   a. Repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured".

## G. Coverage F – Medical Payments To Others

Coverage **F** does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off the "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

3. From any:

   a. Nuclear reaction;

   b. Nuclear radiation; or

   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

   d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

## SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

## A. Claim Expenses

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

## B. First Aid Expenses

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

## C. Damage To Property Of Others

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

   a. To the extent of any amount recoverable under Section I;

   b. Caused intentionally by an "insured" who is 13 years of age or older;

   c. To property owned by an "insured";

   d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

   e. Arising out of:

      (1) A "business" engaged in by an "insured";

      (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

      (3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

      This Exclusion e.(3) does not apply to a "motor vehicle" that:

      (a) Is designed for recreational use off public roads;

      (b) Is not owned by an "insured"; and

      (c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

## D. Loss Assessment

1. We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

   a. "Bodily injury" or "property damage" not excluded from coverage under Section II – Exclusions; or

   b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

      (1) Is elected by the members of a corporation or association of property owners; and

      (2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

2. Paragraph I. Policy Period under Section II – Conditions does not apply to this Loss Assessment Coverage.

3. Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

   a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

   b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

4. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

## SECTION II – CONDITIONS

## A. Limit Of Liability

Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage E Limit Of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

© Insurance Services Office, Inc., 2010

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** Limit Of Liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

**1.** Give written notice to us or our agent as soon as is practical, which sets forth:

**a.** The identity of the policy and the "named insured" shown in the Declarations;

**b.** Reasonably available information on the time, place and circumstances of the "occurrence"; and

**c.** Names and addresses of any claimants and witnesses;

**2.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**3.** Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

**4.** At our request, help us:

**a.** To make settlement;

**b.** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

**c.** With the conduct of suits and attend hearings and trials; and

**d.** To secure and give evidence and obtain the attendance of witnesses;

**5.** With respect to **C.** Damage To Property Of Others under Section **II** – Additional Coverages, submit to us within 60 days after the loss a sworn statement of loss and show the damaged property, if in an "insured's" control;

**6.** No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person – Coverage F – Medical Payments To Others**

**1.** The injured person or someone acting for the injured person will:

**a.** Give us written proof of claim, under oath if required, as soon as is practical; and

**b.** Authorize us to obtain copies of medical reports and records.

**2.** The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim – Coverage F – Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

**1.** No action can be brought against us unless there has been full compliance with all of the terms under this Section **II.**

**2.** No one will have the right to join us as a party to any action against an "insured".

**3.** Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

**SECTIONS I AND II – CONDITIONS**

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**1.** A subsequent edition of this policy; or

**2.** An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

**1.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

    **a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    **b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

    **c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

        **(1)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

        **(2)** If the risk has changed substantially since the policy was issued.

        This can be done by letting you know at least 30 days before the date cancellation takes effect.

    **d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**D. Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**E. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**F. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** – Additional Coverages.

**G. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**1.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**2.** "Insured" includes:

**a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

**b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIAL PROVISIONS – FLORIDA

**DEFINITIONS**
The following Definitions are added:

**12.** "Actual cash value" means the reasonable replacement cost at time of loss less deduction for depreciation.

**13.** "Assignee" means a person who is assigned post-loss benefits under this insurance policy through an "assignment agreement".

**14.** "Assignment agreement" means any instrument by which post-loss benefits under this insurance policy are assigned or transferred, or acquired in any manner, in whole or in part, to or from a person providing services to protect, repair, restore, or replace property or to mitigate against further damage to the property.

**15.** "Assignor" means a person who assigns post-loss benefits under this insurance policy to another person through an assignment agreement.

**16.** "Catastrophic ground cover collapse" means geological activity that results in all of the following:
  **a.** The abrupt collapse of ground cover;
  **b.** A depression in the ground cover clearly visible to the naked eye;
  **c.** "Structural damage" to the "principal building", including the foundation; and
  **d.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

**17.** "Diminution in value" means any reduction in the value of any covered property as compared to the value of that property immediately before the loss.

**18.** "Drones" means any unmanned aircraft or ship that can navigate autonomously without human control or beyond line of sight by way of GPS, remote control, or onboard computer.

**19.** "Electronic transmittal" means:
  **a.** The electronic transmittal of any document or notice to the designated Primary Email Address shown in your Declarations; or
  **b.** The electronic posting of any document or notice, with notification to you of the posted document or notice, by electronic transmittal to the designated Primary Email Address shown in your Declarations.
  (Hereafter referred to as "electronically transmitted", "electronic transmittal", "electronically transmit" or "electronically transmitting")

**20.** "Fungi" means any type or form of fungus, including:
  **a.** Mold or mildew; and
  **b.** Any mycotoxins, spores, scents or byproducts produced or released by fungi.
  Under Section **II**, this does not include any fungi, yeast or bacteria that are in, are on or are contained in a good or product intended for consumption.

**21.** "Hurricane loss" means any loss resulting from the peril of Windstorm caused by a hurricane during any period:
  **a.** beginning when a hurricane watch or hurricane warning is issued for any portion of Florida by the National Hurricane Center of the National Weather Service;
  **b.** remaining in effect for as long as hurricane conditions exist anywhere in the state of Florida; and,
  **c.** ending 72 hours after any hurricane watch or hurricane warning has been discontinued for all counties of the state of Florida by the National Hurricane Center of the National Weather Service.

**22.** "Marring" means to disfigure, deface, scar, or blemish.

**23.** "Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

**24.** "Primary structural system" means an assemblage of "primary structural members".

**25.** "Principal building" means that part of your dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling as described under **SECTION I – Coverage A - Dwelling.** However, "principal building" does not include:
    **a.** Appurtenant structures, driveways, sidewalks, walkways, decks, patios, pools, spas, or fences;
    **b.** Buildings or other structures covered under Coverage B;
    **c.** Buildings, structures and other property excluded or not covered in your Policy;
    **d.** That part of other premises, other buildings, other structures and grounds not located at the "residence premises"; or
    **e.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair any property other than the "principal building" on the "residence premises".

**26.** "Personal watercraft" means watercraft designed to carry one to three people propelled by a water jet pump powered by an internal combustion engine and capable of speeds greater than 25 MPH. Personal watercraft include but are not limited to watercraft often referred to as jet skis, wave runners and similar watercraft.

**27.** "Sinkhole" means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by groundwater. A "sinkhole" forms by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

**28.** "Spalling" means the disintegration of stone or concrete. It can be produced by a variety of mechanisms, including as a result of projectile impact, corrosion, weathering, cavitation, or excessive rolling pressure (as in a ball bearing).

**29.** "Structural damage" means a "principal building", regardless of the date of its construction, has experienced the following:
    **a.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;
    **b.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceeds one and one- third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;
    **c.** Damage that results in listing, leaning or buckling of the exterior load bearing walls or other vertical "primary structural members" to an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;
    **d.** Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or
    **e.** Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

**30.** "Supplemental Claim" or "Reopened Claim" means any additional claim for recovery from us for any loss we previously adjusted pursuant to an initial claim.

**31.** "Unoccupied" means the dwelling is not being inhabited as a residence.

**32.** "Vacant" means the dwelling lacks the necessary amenities, adequate furnishings, or utilities and services to permit occupancy of the dwelling as a residence.

**SECTION I – PROPERTY COVERAGES**

**COVERAGE A – Dwelling**
The following is added to **Coverage A – Dwelling**, **1.**:
  **c.**  In-ground swimming pools including related permanently installed equipment such as pumps and filters

The following is added to the policy:

**COVERAGE A – Dwelling** and **COVERAGE B – Other Structures**
**Special Limits of Liability**
Cosmetic and Aesthetic Damage to Floors. The total limit of liability for Coverages **A**, **B** and **C** combined is $10,000 per policy term for cosmetic and aesthetic damages to floors.
  **1.**  Cosmetic or aesthetic damage includes, but is not limited to, chips, scratches, dents or any other damage to less than 5% of the total floor surface area and does not prevent typical use of the floor.
  **2.**  This limit includes the cost of tearing out and replacing any part of the building necessary to repair the damaged flooring.
  **3.**  Unless otherwise excluded, $10,000 is the most we will pay for the total of all loss or costs payable, including Loss of Use under this Special Limit of Liability regardless of the:
      **a.**  Number of locations insured;
      **b.**  Number of occurrences or claims made; or
      **c.**  Number of "insureds".
  **4.**  This total limit of liability for coverage does not:
      **a.**  Increase the limit of liability applying to Coverages **A**, **B** and **C**;
      **b.**  Create additional coverage; or
      **c.**  Increase limits of coverage.
  **5.**  This limit does not apply and does not create coverage for damage to floors caused by wear and tear, marring, chipping, scratches, dents, deterioration, dropped objects or loss, excluded elsewhere in this Policy.
  **6.**  This limit does not apply to cosmetic or aesthetic damage to floors caused by a **Peril Insured Against** as named and described for **Coverage C – Personal Property**

**COVERAGE C – Personal Property**

Under **3. Special Limits of Liability,** the following items are added:
  **l.**  $1000 for loss to art glass windows and other works of art such as, but not limited to statuary (including but not limited to Hummel's), marbles, bronzes, porcelains, rare glass and bric-a-brac.
  **m.**  $2500 for personal computers and related peripherals such as disk drives, printers, and commercial software. We will not pay for other software or lost data.
  **n.**  $1000 for bicycles and related equipment
  **o.**  $2000 for loss to any individual item or set of electronic equipment caused directly or indirectly by theft or vandalism with a maximum limit of 10% of the Coverage C limit for all electronic equipment. Electronic equipment includes, but is not limited to:
      **1.**  Televisions, audio, video and other electronic media playing and/or recording devices.
      **2.**  Audio and video media storage devices such as DVDs, records, CDs, and tapes.
      **3.**  Cameras, projectors and related equipment.
      **4.**  Gaming systems including their games and accessories.
  **p.**  $5000 for loss to tools.
  **q.**  5% of the total Coverage C amount for any one item of unscheduled personal property.
  **r.**  $500 on all collections including but not limited to baseball cards, comic books, album covers and any other memorabilia. This limit applies regardless of the number of collections or collectibles.
  **s.**  $500 is the maximum loss payable for covered property stored in freezers or refrigerators on the "residence premises". The following deductible applies to covered loss to refrigerated property: We will pay that part of the loss that exceeds $100.

The following is added to **4. Property Not Covered:**
  **l.**  Your satellite dish, satellite antenna or radio towers and their antenna. This exclusion also applies to all related receiving equipment including receiver mounts, transducers or other receiver parts or installation parts. Television Sets are not an excluded item under this exclusion;

    **m.** Hovercraft;
    **n.** "Drones";
    **o.** Mopeds or similar motorized bicycles of any horsepower.

**SECTION D – Loss Of Use**
The following is added to **SECTION D – Loss Of Use**:
    **5.** We do no cover pre-event evacuation expenses.
    **6.** With respect to **1.** Additional Living Expense and **2.** Fair Rental Value, the payment(s) will be limited to 24 consecutive months from the date of the covered loss.

**SECTION E – Additional Coverages**
    **1. Debris Removal,** the following is added to **1.a**.:
    Debris Removal expense under **E.1**. above does not increase the $10,000 limit on coverage under paragraphs **A 3**. and **6**. In **Section I – Perils Insured Against A. Coverage A – Dwelling A And Coverage B – Other Structures**.

    Any payment for Debris Removal expenses in **E.1**. above will be deducted from the $10,000 limit on Coverage under paragraphs **A 3**. And **6**. In **Section I – Perils Insured Against A. Coverage A – Dwelling A And Coverage B – Other Structures**.

    2. **Reasonable Repairs** is deleted and replaced by the following:
    **2. Reasonable Emergency Measures**
      **a.** We will pay up to $3,000 for the reasonable cost incurred by you for necessary measures taken solely to protect covered property under Coverage **A**, Coverage **B** and Coverage **C** from further damage when, as described and covered in paragraph **2.b. (6)** and **(7)** under **SECTION I – PERILS INSURED AGAINST A. Coverage A – Dwelling And Coverage B – Other Structures** and as described and covered in **Coverage C – Personal Property 12**.
      The $3,000 limit in **2.a** above is the total limit for all necessary measures taken solely to protect covered property, in the same loss, under any one or any combination of:
        **(1)** Coverage **A**;
        **(2)** Coverage **B**; or
        **(3)** Coverage **C**
      **b.** For covered loss caused by **SECTION I – PERILS INSURED AGAINST**, other than the perils as described and covered in paragraphs **2.b. (6)** and **(7)** under **SECTION I – PERILS INSURED AGAINST A. Coverage A – Dwelling And Coverage B – Other Structures** and as described and covered in **Coverage C – Personal Property 12**., the $3,000 limit in **2.a** above does not apply and instead the following applies:
        **(1)** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable costs incurred by you for necessary measures taken solely to protect covered property from further damage.
        **(2)** If the measures taken involve repair to other damaged property, we will pay for those necessary measures only if that property is covered under this Policy and the damage to that property is caused by an applicable Peril Insured Against.
      **c.** The coverage under **2.a** and **2.b** above does not:
        **(1)** Increase the $10,000 limit on coverage under paragraph **3.** and **6.** under **PERILS INSURED AGAINST A. Coverage A – Dwelling And Coverage B – Other Structures**. Any payment for **Reasonable Emergency Measures** 2.a will be deducted from the $10,000 limit on coverage under paragraph **3.** and **6.** under **SECTION I –PERILS INSURED AGAINST A. Coverage A – Dwelling And Coverage B – Other Structures**;
        **(2)** Increase any limit of liability that applies to the damaged covered property;
        **(3)** Relieve you of your duties, in case of a loss to covered property, as set forth in **SECTION I – CONDITIONS C. Duties After Loss**;
        **(4)** Pay for property not covered, or for repairs resulting from a peril not covered, or for loss excluded in this Policy.
      **d.** The exhaustion of the $3,000 Reasonable Emergency Measures limit in **2.a** above does not prevent you from participating in the services provided under form **VRU HO EWR** if additional emergency water

removal services are necessary.

However, we will not pay under Reasonable Emergency Measures **2.a** for any services, or part or portion of any services, provided and performed under form **VRU HO EWR**.

Subject to **2.c** above, if you are eligible for and request to participate in the services provided under form **VRU HO EWR** and we do not offer the services to you, the $3,000 limit in paragraph **2.a** does not apply.

  **e.** We will not pay under **2. Reasonable Emergency Measures** for any repairs, replacement or rebuilding, or any part or portion of any repairs, replacement, or rebuilding, made or provided under forms **VRU HO DRF.** However, the $3,000 limit in above applies whether or not:
   **(1)** You receive services under forms **VRU HO DRF**; or
   **(2)** The $10,000 limit on coverage applies as described in paragraph **A.4.** of this Form **VRU HO SP**, **SECTION I - PERILS INSURED AGAINST A. Coverage A – Dwelling And Coverage B - Other Structures.**

**8. Collapse,** the following is added to **8. Collapse**:

**g.** The plumbing system, or any part of the plumbing system, whether above or below the ground, when the plumbing system or any part of the plumbing system is:
   **(1)** Collapsed;
   **(2)** In danger of collapsing or caving in; or
   **(3)** Separated from another part of the system; due to:
       **(a)** Age, obsolescence, wear, tear;
       **(b)** Fading, oxidation, weathering;
       **(c)** Deterioration, decay, marring, delamination, crumbling, settling, cracking;
       **(d)** Shifting, bulging, racking, sagging, bowing, bending, leaning;
       **(e)** Shrinkage, expansion, contraction, bellying, corrosion; or
       **(f)** Any other age or maintenance related issues.

However, this Additional Coverage – Collapse will apply to that part of the building's plumbing system damaged by an abrupt collapse of a covered building, or abrupt collapse of any part of a covered building.

**11. Ordinance Or Law**, paragraph **a.** is replaced with the following:

 **a.** You may use up to the limit of liability stated in the Policy Declarations that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

The following paragraph **d.** is added to **11. Ordinance Or Law**:

 **d.** Enforcement of Ordinance or Law must apply directly to the repair of:
   **(1)** That specific part of the dwelling or separate structure which sustained the covered damage; or
   **(2)** An undamaged part of the dwelling or a separate structure which is physically necessary in the course of repairs to complete the repair of that part of the dwelling or separate structure which has sustained the covered damage.  "Physically necessary" does not include where Ordinance or Law does not directly apply to the covered damage, but a governmental authority will not approve or permit repair of the covered damage unless you or anyone acting on your behalf also complies with that Ordinance or Law.

**SECTION I – PERILS INSURED AGAINST**

Under **A. Coverage A – Dwelling** and **Coverage B – Other Structures**, paragraph **1.** is replaced by:
 **1.** We insure for sudden and accidental direct loss to property described in Coverages **A** and **B** only if that loss is a physical loss to covered property.

Under **B. Coverage C – Personal Property**, the introductory paragraph is replaced by: We insure for sudden and accidental direct physical loss to the property described in Coverage **C** caused by a peril listed below unless the loss is excluded in **Section I – Exclusions**.

Under **A. Coverage A - Dwelling And Coverage B - Other Structures**, item **2.c.(4)** is replaced by the following:
(4) Vandalism and malicious mischief if the dwelling has been "vacant" or "unoccupied" for more than 30 days immediately before the loss. A dwelling being constructed is not considered "vacant" or "unoccupied".

Under **A. Coverage A - Dwelling And Coverage B - Other Structures**, item **2.c.(3),** the following is added:
Theft or attempted theft in or to a dwelling if the dwelling has been "vacant' for more than 30 consecutive days immediately before the loss.

Under **A. Coverage A - Dwelling And Coverage B - Other Structures**, item **2.c.(6)(c)** is replaced by the following:
(c) Smog, rust or other corrosion, "spalling", "fungi", mold, wet or dry rot;

Under **A. Coverage A – Dwelling And Coverage B – Other Structures**, the **Exception To c. (6)** is replaced by:

If any of these in **2.c.(6)** above cause water damage not otherwise excluded or limited elsewhere in the Policy, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss, subject to the $10,000 limit as set forth in 3.below, caused by the water, including the cost to tear out and repair only that part or portion of a building or other structure covered under Coverage A or B, on the "residence premises", necessary to access the system or appliance.
(a) The cost that we will pay for the tear out and repair of the part or portion of the building or other structure covered under Coverage **A** or **B** as specified above is limited to only that part or portion of the covered building or other structure which is necessary to provide access to the part or portion of the system or appliance that caused the covered loss, whether the system or appliance, or any part or portion of the system or appliance, is repairable or not.
(b) In no event will we pay for the repair or the replacement of the system or appliance that caused the covered loss.
We do not cover loss to the system or appliance from which this water escaped.

For purposes of this provision, a plumbing system or household appliance does not include:
1. A sump, sump pump, irrigation system, or related equipment; or
2. A roof drain, gutter, down spout, or similar fixtures or equipment.

Under **A. Coverage A – Dwelling And Coverage B - Other Structures**, we do not insure, however, for loss: under item **2**. **Caused by** the following is added:

(7) Accidental discharge or overflow of water or steam unless loss to property covered under Coverage **A** or **B** results from an accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises", subject to the $10,000 limit as set forth in **3.** below.

This includes the cost to tear out and repair only that part or portion of a building, or of any other structure, covered under coverage A or coverage B on the "residence premises", necessary to access and repair the system or appliance.

The cost that we will pay for the tear out and repair above is only that cost necessary to access and repair only that portion or part of the system or appliance that caused the covered loss, whether the system or appliance, or any part or portion of the system or appliance, is repairable or not. In the event that additional tear out and repair are required beyond the coverage provided for access and repair in this provision, we will still pay only for our portion of the access and repair cost required to repair only that portion or only that part of the system or appliance that caused the covered loss as described above.

However, we do not cover loss:
a. To the system or appliance from which this water or steam escaped;
b. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or
c. Caused by constant or repeated seepage or leakage of water or steam or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years, unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting

damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure; subject to the $10,000 limit set forth in 3. below.

    **d.** To a plumbing system, whether above or below the ground, caused by:
        **1)** Age, collapse, obsolescence, wear, tear;
        **2)** Fading, oxidation, weathering;
        **3)** Deterioration, decay, marring, delamination, crumbling, settling, cracking;
        **4)** Shifting, bulging, racking, sagging, bowing, bending, leaning, shrinkage, expansion, contraction, bellying, corrosion;
        **5)** The unavailability or discontinuation of a part or component of the system; or
        **6)** Any other age or maintenance related issue;
    **e.** To a plumbing system, whether above or below the ground, caused by the impairment, state or condition of the system, which prohibits repair or replacement including access, necessary to connect the adjoining parts of appliances, pipes or system; or
    **f.** Loss otherwise excluded or limited elsewhere in this policy.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump, irrigation system or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

**(8)** Falling or dropped objects unless the roof or an outside wall of the building is first damaged by a falling or dropped object. Damage to the falling or dropped object itself is not covered.

**(9)** Rain, snow, sleet, sand or dust to the interior of a building unless a covered peril first damages the building causing an opening in a roof or outside wall, door or window and the rain, snow, sleet, sand or dust enters through this opening.

**Under PERILS INSURED AGAINST, Items 3., 4., 5., 6., and 7. below are added:**

**3.** A $10,000 limit on coverage applies and is the most we will pay for:
    **a.** Each covered direct physical loss from all water or steam in paragraph **2.b.(6)** and **(7)** above; and
    **b.** All cosmetic and aesthetic damage, which occurs in the same loss as **3.a.** above, including any repair or replacement of items to match quality, color, or size.

Payment for Reasonable Emergency Measures under **Section I – Additional Coverages in VRU HO SP** paragraph **2.a.**, which occurs in the same loss as **3.a.** above, will be deducted from the $10,000 limit on coverage.

**4.** The $10,000 limit on coverage in **3.** above does not apply if: At our option we offer, and you consent to participate in the services described under **VRU HO DRF**
    **a.** Prior either to your incurring any costs for covered repairs or you are starting any covered repairs, you request and we do not offer the services under **VRU HO DRF**, and we cannot provide the services described under **VRU HO DRF** to you.
    **b.** However, **4.** Above does not apply if:
        **1)** Prior to or at any time of the loss, the property is in a state of condition that impairs or prevents us or the Program "Contractor" described in **VRU HO DRF** ability to repair the covered loss: or
        **2)** If we or the Program "Contractor" described in **VRU HO DRF** determine conditions are present that prevent repair, replacement or rebuilding of the property from starting or being completed.
   In this event, your participation in the Program under **VRU HO DRF** is terminated and the $10,000 limit of coverage applies.

**5.** In the event the $10,000 limit on coverage does not apply, the Coverage **A** Limit Of Liability or Coverage **B** Limit Of Liability, applicable to the damaged covered property, is the most we will pay, however
    **a.** For coverage provided under **Section I – Additional Coverages 2.a.** in **VRU HO SP**, the limit in **2.a.** Reasonable Emergency Measures will apply;
    **b.** For coverage provided under **Section I Additional Coverages E.** in this Policy, the limit as provided in the additional coverage will apply.

**6.** If you do not provide written consent to participate in the Program as described in **VRU HO DRF** or your

participation in the Program has been terminated by you or us as described in **VRU HO DRF** and this Policy, and you request the Program for the same loss, the $10,000 limit on coverage applies.

7. **Section I – Perils Insured Against** paragraphs **2.b.(6)** and **(7) in VRU HO SP,** any ensuing loss to property described in Coverages **A** and **B** not excluded or otherwise precluded in this Policy is covered. However, the $10,000 limit in **3.** above applies to any ensuing damage to property described in Coverages **A** and **B** not excluded or otherwise precluded in this Policy, caused by water or steam described in paragraph **2.b.(6)** and **(7)** above, except the $10,000 limit will not apply when the ensuing loss to the property is:

    a. Fire;

    b. Explosion;

    c. **Collapse** only as covered under **8. Section I – Additional Coverages**

This $10,000 limit on coverage does not create additional coverage or increase the limit of liability applying to the damaged property.

Under Perils Insured Against **Coverage C – Personal Property**, the following is added to item **12.b.**:

    (5) Caused by or resulting from constant or repeated seepage or leakage of water or steam over a period of 14 or more days from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

## SECTION I - EXCLUSIONS

**2. Earth Movement** is deleted and replaced by the following:

2. **Earth Movement and Settlement**, meaning:

    a. Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

    b. Landslide;

    c. Mine subsidence;

    d. Mudflow;

    e. Earth sinking, rising or shifting;

    f. Clay shrinkage or other expansion or contraction of soils or organic materials;

    g. Decay of buried or organic materials;

    h. Settling, cracking or expansion of foundation; or

    i. Soil movement resulting from blasting.

This Exclusion **2.** applies regardless of whether any of the above in **2.a.** through **2.i.**, is caused by an act of nature or is otherwise caused.

However direct loss by fire, explosion or theft resulting from any of the above, in **2.a.** through **2.i.**, is covered. This Exclusion **2.** Does not apply to loss by "Catastrophic ground cover collapse".

Under **SECTION I – EXCLUSIONS**, **3. Water**, **b**., the following is added:

    (3) Overflows or is otherwise discharged from:

        (a) A sump, sump pump, irrigation system, or related equipment; or

        (b) A roof drain, gutter, down spout, or similar fixtures or equipment;

The following **EXCLUSIONS** are added:

10. **Criminal Activity**, meaning any and all criminal acts performed by any insured that result in damage to your structure or personal property.

11. **"Hurricane loss"** to awnings, aluminum framed screened enclosures, or aluminum framed carports.

12. **Existing Damage**, meaning:

    a. Damage which occurred prior to policy inception regardless of whether such damages were apparent at the time of the inception of this policy or discovered at a later date;

    b. Damages existing prior to the time of loss; or

    c. Claims for damages arising out of workmanship, repairs or lack of repairs arising from damage which occurred prior to policy inception.

However, any ensuing loss arising out of workmanship, repairs or lack of repairs, caused by a **Peril Insured Against**, to property described under **Section I – Property Coverages**, is covered unless the

loss is otherwise excluded in this policy.

This Exclusion does not apply in the event of a total loss caused by a Peril Insured Against.

13. **Accidental discharge or overflow of water or steam** from:
   a. Within a plumbing, heating, air conditioning or automatic fire protective sprinkler system;
   b. Within a household appliance for heating water; or
   c. Within a household appliance.
   This exclusion applies only while the dwelling is "vacant" or "unoccupied" for more than thirty (30) consecutive days or being constructed; unless you have used reasonable care to:
   **1.** Shut off the water supply; and
   **2.** Drain the system and appliances of water. Systems and appliances of water do not include outdoor swimming spas or outdoor irrigation wells.

14. **Home Sharing/Bed and Breakfast**
   Covered losses, on homes or Condos or any part thereof, arising out of participation in a home sharing or bed and breakfast program, such as Airbnb, Flip key, HomeAway where homes/condos are rented for days, weeks, or months.
   This exclusion does not apply to policies with **HO 17 33** with rental exposure approved by "us".

15. **Change in Occupancy or Usage of "Residence Premises"**
   If the company has not been notified by you within sixty (60) days of any change of ownership, title, use or owner occupancy of the "residence premises", including:
   **a.** The rental of the "residence premises";
   **b.** Vacancy or abandonment of the "residence premises";
   **c.** The use of the "residence premises" for any purpose other than a residential unit; any loss occurring from the 61st day after such change to the date proper notice is given will be excluded from coverage. If this occurs, premium would be refunded for the period during which the coverage is suspended.

16. **Diminished Value**
   We do not cover any loss due to diminished value of any property covered under this policy.

17. **Loss Caused by "Sinkhole"**

18. **Loss Due to Virus or Bacteria**
   **a.** The exclusion set forth in subparagraph **b.** below applies to all coverage under all forms and endorsements that comprise this policy, including but not limited to forms or endorsements that cover property damage to building(s) or personal property and forms or endorsements relating to **Coverage D – Loss of Use.**
   b. Loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease is excluded.

   However, this exclusion does not apply to loss or damage caused by or resulting from "fungi" including mold(s), mildew, spore(s) or yeast. Such loss or damage is addressed separately in this policy.
   **(1)** With respect to any loss or damage subject to the exclusion in subparagraph **b.** above, such exclusion supersedes any exclusion relating to pollutants or contaminants.
   **(2)** The terms of the exclusion in subparagraphs **b.** above, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded by this policy.

19. **Electronic Data**
   **a.** Loss or damage caused by exposure to cyber liability
   **b.** Loss, damage destruction, distortion, erasure, corruption, alteration, loss of use, reduction in functionality, cost or expense caused by or resulting from a computer virus is excluded.
   **c.** However, if direct loss by a covered loss results from any of the matters described in **a.** or **b.** above, this policy, subject to all its terms, conditions and exclusions, will cover sudden and accidental physical damage occurring during the coverage period to real property insured by this policy directly caused by a covered loss.

20. **Loss Caused by "Catastrophic ground cover collapse"**

**SECTION I – CONDITIONS**

**C. Duties After Loss** is deleted and replaced by the following:

**C. Duties After Loss**

1. Duties Of An "Insured"

   In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

   **a.** Give prompt notice to us or our agent;

   Except for Reasonable Emergency Measures taken under Additional Coverages **2.**, there is no coverage for repairs that begin before the earlier of:

   **(1)** 72 hours after we are notified of the loss;

   **(2)** The time of loss inspection by us; or

   **(3)** The time of other approval by us;

   **b.** To the degree reasonably possible, retain the damaged property; and

   Allow us to inspect all damaged property prior to its removal from the "residence premises";

   **c.** Notify the police in case of loss by theft or vandalism;

   **d.** Notify the credit card or fund transfer card company in case of loss as provided for in Additional Coverage **6. Credit Card, Fund Transfer Card, Forgery and Counterfeit Money** under **Section I – Property Coverages**;

   **e.** Protect the covered property from further damage. The following must be performed:

   **(1)** Take reasonable emergency measures that are necessary to protect the covered property from further damage, as provided under Additional Coverages **2**.

   A reasonable emergency measure under **e. (1)** above may include a permanent repair when necessary to protect the covered property from further damage or to prevent unwanted entry to the property. To the degree reasonably possible, the damaged property must be retained for us to inspect.

   **(2)** Keep an accurate record of repair expenses;

   **f.** Cooperate with us or any person authorized to act on our behalf, in the investigation of a claim.

   This includes speaking and sharing information with us or any person authorized to act on our behalf and providing documents which can be reasonably obtained by you, to facilitate our investigation of the claim. A representative of an "insured":

   **(1)** Must cooperate with our investigation;

   **(2)** Must not act in any manner that prevents us or any person authorized to act on our behalf, from investigating the claim; and

   **(3)** May not act in any manner to obstruct our investigation;

   **g.** Prepare an inventory of damaged personal property showing the:

   **(1)** Quantity;

   **(2)** Description;

   **(3)** Age;

   **(4)** 'Actual cash value'; and

   **(5)** Amount of loss.

   Attach all bills, receipts and related documents that justify the figures in the inventory;

   **h.** As often as we reasonably require, allow us or any person authorized to act on our behalf:

   **(1)** To the degree reasonably possible, show the damaged property

   **a)** Access to the "residence premises"

   **b)** To inspect the "residence premises", and to inspect subject **o.** and **p.** below all damaged property prior to its removal from the "residence premises"; and

   **c)** To require an 'insured" or their representative, or both if reasonably possible, to be present at our inspection and to assist in identifying the damaged property during inspection;

   **(2)** As often as we or any person authorized to act on our behalf, reasonably require:

   **a)** Show the damaged property retained as required by this Policy; and

   **b)** Provide requested records and documents, including all updates to revised documentation, and

permit us or any person authorized on our behalf, to make copies;

   **(3)** You or any "insured" under this policy must:

      **a)** Submit to examinations under oath and recorded statements, while not in the presence of any other "insured"; and

      **b)** Provide government issued photo identification. If you do not possess government issued photo identification, a signed sworn statement identifying who you are may be provided; and

      **c)** Sign any transcript of the examinations under oath and recorded statements;
Such examinations and recorded statements must either be in-person or utilize video and audio technology, or both, as determined by us;

   **(4)** If you are an association, corporation or other entity; any members, officers, directors, partners or similar representatives of the association, corporation or other entity must:

      **a)** Submit to examinations under oath and recorded statements, while not in the presence of any other "insured"; and

      **b)** Provide government issued photo identification. If you do not possess government issued photo identification, a signed sworn statement identifying who you are may be provided; and

      **c)** Sign any transcript of the examinations under oath and recorded statements;
Such examinations and recorded statements must either be in-person or utilize video and audio technology, or both, as determined by us;

   **(5)** Your agents, your representatives, and anyone engaged with your claim on your behalf, including any public adjusters and anyone insured under this policy, other than an "insured" in **(3)** or **(4)** above, must:

      **a)** Submit to examinations under oath and recorded statements, while not in the presence of any other "insured"; and

      **b)** Provide government issued photo identification. If you do not possess government issued photo identification, a signed sworn statement identifying who you are may be provided; and

      **c)** Sign any transcript of the examinations under oath and recorded statements;
Such examinations and recorded statements must either be in-person or utilize video and audio technology, or both, as determined by us;

**i.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   **(1)** The time and cause of loss;

   **(2)** The interests of all "insureds" and all others in the property involved and all liens on the property;

   **(3)** Other insurance which may cover the loss;

   **(4)** Changes in title or occupancy of the property during the term of the policy;

   **(5)** Specifications of damaged buildings and detailed repair estimates;

   **(6)** The inventory of damaged personal property described in **g.** above;

   **(7)** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

   **(8)** Evidence or affidavit that supports a claim under Additional Coverage **6. Credit Card, Fund Transfer Card, Forgery and Counterfeit Money under Section I - Property Coverages**, stating the amount and cause of loss.

**j.** At our request, identify the person or persons with knowledge of how the loss occurred and the extent of damage;

**k.** Execute all work authorizations and allow contractors and related parties entry to the property;

**l.** Cooperate in obtaining and executing any necessary municipal, county or other governmental documentation or permits for repairs to be made and any necessary work authorizations, as required by these entities;

**m.** To the degree reasonably possible, retain the damaged property and any photographs of the damaged property.

**n.** Allow us or any person authorized to act on our behalf, to inspect the retained property and make copies of the photographs;

**o.** To the degree reasonably possible, prior to materially altering, destroying, trenching or excavating any part of the property or structure insured, allow us or any person authorized to act on our behalf, the opportunity to inspect the property;

**p.** To the degree reasonably possible, you must permit us or any person authorized to act on our behalf, to take samples of the damaged and undamaged property for inspection, testing and analysis;

The duties above apply regardless of whether you, an "insured" seeking coverage, or a representative of either retains or is assisted by a party who provides legal advice, insurance advice or expert claim advice, regarding an insurance claim under this policy.

**2.** Duties Of An "Assignee"
In case of a loss to covered property, we have no duty to provide coverage under this Policy to an "assignee" if there is failure by the "assignee" to comply with any of the following duties. These duties must be performed by the "assignee".

Pursuant to Florida law, in a claim arising under an "assignment agreement", an "assignee" has the burden to demonstrate that we are not prejudiced by the "assignee's" failure to perform the duties in a. through d. below.
  **a.** Cooperate with us in the investigation of a claim;
  **b.** Maintain records of all services provided under the "assignment agreement";
  **c.** Provide us requested records and documents related to the services provided and permit us to make copies of such records and documents.
  This includes providing accurate and up-to- date revised estimates of the scope of work to be performed as supplemental or additional repairs are required;
  **d.** Deliver a copy of the executed "assignment agreement" to us within 3 business days after executing the "assignment agreement" or the date on which work begins, whichever is earlier;
  **e.** Must perform the work in accordance with accepted industry standards.

**3.** Application Of Duties
The duties above apply regardless of whether a person retains or is assisted by a party who provides legal advice, insurance advice or expert claim advice, regarding an insurance claim under this Policy.

**D. Loss Settlement** Paragraphs **2.d.** is replaced by:
  **d.** We will initially pay at least the actual cash value of the incurred loss less any applicable deductible.

  We will pay the necessary amounts actually spent to repair or replace the damaged building as work is performed and expenses are incurred.

  If a total loss of the covered dwelling occurs, we shall pay the replacement cost coverage without reservation or holdback of any depreciation in value, subject to policy limits.

**D. Loss Settlement** Paragraph **2.**, the following is added:
  **f.** If the dwelling where loss or damage occurs has been "vacant" for more than thirty (30) consecutive days before the loss or damage, we will:
  Not pay for any loss or damage caused by any of the following perils, even if they are Perils Insured Against:
      **(a)** Vandalism;
      **(b)** Sprinkler leakage when caused by or arising out of the freezing of a fire protective sprinkler system, unless you have protected the system against freezing;
      **(c)** Dwelling glass breakage;
      **(d)** Water Damage;
      **(e)** Theft; or
      **(f)** Attempted theft.
  Dwellings under construction are not considered "vacant". In the event the construction extends greater than sixty (60) days you must notify us.

**F. Appraisal** is deleted and replaced by the following:

**F. Mediation or Appraisal**
**Appraisal.** If you, or an "assignee" of the policy benefits and we fail to agree on the amount of loss, either you, an "assignee" of the policy benefits or we may demand an appraisal of the loss. In this event, each party will choose a competent and disinterested appraiser within 20 days after receiving a written request from the other. All parties must agree to the appraisal process. Prior to agreeing to appraisal, each party must submit their detailed estimate of the amount in dispute from the covered cause of loss for which the disagreement arises. The estimate shall include a description of each item of damaged property in dispute as a result of the covered loss, along with the extent of damage and the estimated amount to repair or replace each item.

The two appraisers will choose an umpire prior to any inspection. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers shall separately set the amount of the loss, which is the cost to repair or replace property damaged due to covered causes of loss not otherwise excluded by the terms and conditions of the policy. The two appraisers will then set the amount of loss, stating separately the actual cash value and replacement cost value of the loss to each item. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:
    a. Pay its own appraiser including the costs associated with producing the detailed estimate; and
    b. You and We will bear the other expenses of the appraisal and umpire equally; and
    c. You, we, the appraisers and umpire shall be given reasonable and timely access to inspect the damaged property, in accordance with the policy.

**Mediation.** If you, or an "assignee" of the policy benefits and we are engaged in a dispute regarding a claim under this policy, either you, an "assignee" of the policy benefits or we may demand a mediation of the loss. The results of the mediation are binding only when both parties agree, in writing, on a settlement and, you have not rescinded the settlement within three (3) business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided you.

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the costs of that rescheduled conference. However, if "we" fail to appear at a mediation conference without good cause, "we" will pay the actual cash expenses you incur in attending the conference and also pay the total cost for the rescheduled conference.

Neither the appraisal or mediation processes or decisions void, waive, or modifies any provision set forth in the Homeowners Policy issued to you, and all policy provisions are hereby expressly reserved, as well as all provisions of applicable law without exception or waiver.

No suit involving **SECTION I – PROPERTY COVERAGES** of this policy can be brought unless appraisal or mediation has been completed.

**H. Suit Against Us** is deleted and replaced by the following:
**H. Suit Against Us**
    1. No action can be brought against us; unless:
        a. Notice of the loss has been given to us;
        b. There has been full compliance with all of the terms of this Policy applicable to an "insured";
        c. If there is failure to agree on a settlement regarding the loss, prior to filing suit, we must be notified in writing of your disagreement; and
        d. The action is started within 5 years after the date of the loss.

    Condition **H.1.** above is not applicable to an "assignee".

    2. Suit by an "Assignee".
        **a**. An "assignee" must provide us with a written notice of intent to initiate litigation before filing suit under this Policy.
        (1) Such notice must be served by certified mail, return receipt requested, or electronic delivery, at least 10 business days before filing suit, but may not be served before we have made a coverage determination and pay or deny your claim in accordance with **SECTION I – CONDITIONS, Condition J. Loss Payment**, paragraph **J.c..**
        (2) The notice must specify the damages in dispute, the amount claimed, and a pre-suit settlement demand.
        (3) Concurrent with any written notice of intent to initiate litigation, and as a precondition to filing suit, an "assignee" must provide us a detailed written invoice or estimate of services, including itemized information on equipment, materials, and supplies; the number of labor hours; and, in the case of work

performed, proof that the work has been performed in accordance with accepted industry standards.

**b**. As a condition precedent to filing a suit under the Policy, and if required by us, an "assignee" must submit to examinations under oath and recorded statements conducted by us or our representative that are reasonably necessary, at the location insured, or other reasonable location designated by us or our representative, while not in the presence of another employee of the "assignee", or any other "assignee", or any "insured".

    (1) Provide government issued photo identification. If you do not possess government issued photo identification, a signed sworn statement identifying who you are may be provided; and

    (2) Sign any transcript of the examinations under oath and recorded statements. Such examinations and recorded statements must either be in-person or utilize video and audio technology, or both, as determined by us; and Examinations under oath and recorded statements must be based upon the scope of the work and complexity of the claim and limited to matters related to the services provided, the cost of the services and the "assignment agreement".

**c**. No action can be brought against us unless the action is started within 5 years after the date of the loss.

**I. Our Option** is deleted and replaced by the following:

**I. Our Option**

    **a.** At our option, in lieu of issuing any loss payment, if we choose to exercise our option:

      **(1)** For losses settled on an "actual cash value" basis, we may repair or replace any part of the damaged property with material or property of like kind and quality;

      **(2)** For losses covered under **COVERAGE A – Dwelling**, insured for Replacement Cost Loss Settlement as outlined in **SECTION I – CONDITIONS, D. Loss Settlement**, we may repair the damaged property with material of like kind and quality without deduction for depreciation.

      **(3)** We will provide written notice to you no later than thirty (30) days after our inspection of the reported loss.

      **(4)** You must comply with the duties described in **SECTION I – CONDITIONS, C. Duties After Loss**

      **(5)** You must provide access to the property and execute any necessary municipal, county or other governmental documentation or permits for repairs to be undertaken.

      **(6)** You must execute all work authorizations to allow contractors and related parties entry to the property. You must otherwise cooperate with repairs to the property.

      **(7)** You are responsible for payment of the deductible stated in your declaration page.

      **(8)** Our right to repair or replace, and our decision to do so, is a material part of this contract and under no circumstances relieves you or us of our mutual duties and obligations under this contract.

    **b.** If at the time of loss:

      The Personal Property Replacement Cost Loss Settlement – Florida endorsement is made a part of this Policy; we will pay the amount of loss as noted in Paragraph **C.** of that endorsement.

 **J. Loss Payment** is deleted and replaced by the following:

J. **Loss Payment**

    1. We will adjust the losses with you.

    2. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Any loss payment will be paid to you and them, as each interest appears.

    3. Loss will be paid upon the earliest of the following:

      **a.** 20 days after we receive your written proof of loss and reach a written, executed agreement of settlement with you according to the terms of the written agreement; or

      **b.** 60 days after we receive your written proof of loss and:

        **(1)** There is an entry of a final judgment or, in the case of an appeal from such judgment, within 60 days from and after the affirmance of the same by the appellate court; or

        **(2)** Written executed mediation settlement or appraisal award with you according to the terms of the written mediation or appraisal settlement; or

      **c.** Within 90 days after we receive notice of an initial claim, "reopened claim" or "supplemental claim" from you, we will pay or deny such claim or a portion of the claim unless the failure to pay such claim or portion of claim is caused by factors beyond our control, which reasonably prevent such payment.

      Any payment made by us shall not constitute a waiver of our rights within the policy.

**L.  Mortgage Clause** is deleted and replaced by the following:
**L.  Mortgage Clause**

The word "mortgagee" includes trustee. If a mortgagee is named in this policy, any loss payable under **COVERAGE A - Dwelling** or **COVERAGE B – Other Structures** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

  **a.**  If we deny your claim that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
    **(1)** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
    **(2)** Pays any premium due under this policy on demand if you have neglected to pay the premium; and
    **(3)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

    Paragraphs **b.** and **f.** of **C. Duties After Loss, items F. Appraisal, H. Suit Against Us and J. Loss Payment under SECTION I – CONDITIONS** also apply to the mortgagee.

  **b.**  If we decide to cancel or non-renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

  **c.**  If we pay the mortgagee for any loss and deny payment to you:
    **(1)** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
    **(2)** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

  **d.**  Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

  **e.**  We provide coverage to no mortgagee or its representatives under this policy if, whether before or after a loss, a mortgagee or its representatives has:
    **(1)** Intentionally concealed or misrepresented any material fact or circumstance;
    **(2)** Engaged in fraudulent conduct; or
    **(3)** Made materially false statements; relating to this insurance.

The following **Conditions** are added:

**T.  What Law Governs**

This policy and any performance there under shall be construed with and governed by the Laws of the State of Florida.

**U.  Adjustment to Policy Coverage Limits**

If your policy is a renewal with us, the limit of liability for **COVERAGE A- Dwelling, COVERAGE B –Other Structures, COVERAGE C – Personal Property** and **COVERAGE D- Loss of Use** may be adjusted.

Any change in the limits of liability indicated above does not, in any way, represent, warrant, or guarantee to any person or entity, that:
    1.  These adjustments will keep pace with inflation; or
    2.  That the amounts of coverage are adequate to repair or rebuild any specific building or structure.

**V.  Notice of Claim**

If windstorm coverage is provided in this policy and after performance of "your" duties as described in **Section I – Conditions C. Duties After Loss**: a claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of a claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is given to us in accordance with the terms of this policy and within three years after the hurricane made landfall or a windstorm caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from "us" for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

**SECTION II – EXCLUSIONS**

**Coverage E – Personal Liability** and **Coverage F – Medical Payments To Others,** Item **7.** is deleted in all forms and replaced by the following:

  **7.**  Arising out of actual or alleged sexual molestation or harassment, corporal punishment, or physical or

mental abuse;

The following **Exclusions** are added:

9. "Bodily injury" or "property damage" arising:
   **(1)** Out of the ingestion of paint that has lead in it; Out of the ingestion of paint that has lead compounds in it;
   **(2)** Out of the inhalation of paint that has lead in it;
   **(3)** Out of the inhalation of paint that has lead compounds in it;
   **(4)** From radon, or any other substance that emits radiation;
   **(5)** In any manner (including liability imposed by law) from the discharge, disposal, release or escape of:
      **(a)** Vapors or fumes;
      **(b)** Gas or oil;
      **(c)** Toxic chemicals, liquid or gas;
      **(d)** Waste material; and
      **(e)** Irritants, contaminants or pollutants. All other conditions are the same.
10. **"**Bodily injury" or "property damage" arising out of:
   **(1)** Any activity which results in the conviction of an insured of a felony or misdemeanor relating to the furnishing of alcohol beverages to a person under the legal minimum age required by law for the consumption of such beverages; or
   **(2)** Any illegal pyrotechnic or fireworks display or the use, handling, storage, sale or possession of such items.
11. "Bodily injury" or "property damage" arising out of criminal activity, meaning any and all criminal acts performed by any "insured" regardless of whether the consequences of those acts were intended or anticipated.
12. "Bodily injury" or "property damage" caused by any animal owned by or kept by you or any insured whether or not the injury or damage occurs on your premises or any other  location.
   This does not apply to coverage F medical payments to others.
13. "Bodily injury" or "property damage" occurring on the "residence premises" arising out of participating in a home sharing or bed and breakfast program such as Airbnb, Flip key, or HomeAway.

Under **F. Coverage E – Personal Liability**, the following are added:

7. We will not pay for "bodily injury" or "property damage" caused by or resulting from the use of the following:
   **a)** Trampoline;
   **b)** Skateboard ramp;
   **c)** Bicycle ramp;
   **d)** Swimming pool slide;
   **e)** Diving board;
   **f)** Unprotected swimming pool; or
   **g)** Unprotected spa:
   Owned by or kept by any "insured," whether the injury occurs on the "insured premises" or any other location. An unprotected swimming pool or spa is defined as unfenced or uncovered.

**SECTION II – CONDITIONS**

Under **C. Duties After" Occurrence"**, the following is added:

7. As often as we reasonable require:
   **a)** Allow us to inspect the property wherein the "bodily injury" or "property damage" occurred;
   **b)** Provide us with records and documents we request and permit us to make copies; and
   **c)** Submit to an examination under oath, while not in the presence of any other "insured" and sign the same.

Under **D. Duties of an Injured Person – Coverage F Medical Payments to Others**, the following is added:

3. Submit to a recorded statement

Under **SECTION II CONDITIONS**, the following Condition is added:

**K.  What Law Governs**
This policy and any performance there under shall be construed with and governed by the laws of the State of Florida.

**SECTIONS I AND II – CONDITIONS**

Under **SECTION I AND II – CONDITIONS**, the following changes apply:

**C. Cancellation** is deleted and replaced by the following:
**C. Cancellation**
  **a.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
  **b.** If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the "residence premises" has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency, we may cancel this Policy only for the following reasons, with respect to the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the "residence premises", by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
    **1.**  When you have not paid the premium, we may cancel during this period by letting you know at least 10 days before the date cancellation takes effect.
    **2.**  If:
        **(a)**  There has been a material misstatement or fraud related to the claim;
        **(b)**  We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or
        **(c)**  We have paid policy limits;
      We may cancel during this period by letting you know at least 45 days before the date cancellation takes effect.
    **3.**  We shall be entitled to collect any additional premium required to keep the Policy in effect during this period.
      However, this provision does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.
  **c.**  If the conditions described in Paragraph **b.** do not apply, we may cancel only for the following reasons:
    **1.**  When this Policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.
    **2.**  We may also cancel this Policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you or mailed to you at your mailing address shown in the Declarations.
      Proof of mailing will be sufficient proof of notice.
      **(a)**  When you have not paid the premium, we may cancel at by time by letting you know at least 10 days before the date cancellation takes effect.
      **(b)**  When this Policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:
        **(i)**  On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;
        **(ii)** On the basis of a single claim which is the result of water damage, unless we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or
        **(iii)** On the basis of the lawful use, possession or ownership of a firearm or ammunition by an "insured's" household.

Except as provided in Paragraphs **1.** and **c.2(a)** of this provision, we will let you know of our action at least 20 days before the date cancellation takes effect**.**

    **(c)** When this policy has been in effect for more than 90 days, we may cancel:

        **(i)** If there has been a material misstatement;

        **(ii)** If the risk has changed substantially since the policy was issued;

        **(iii)** In the event of failure to comply within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

        **(iv)** If the cancellation is for all insureds under policies of this type for a given class of insureds;

        **(v)** On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

    **(d)** When this policy has been in effect for more than 90 days, we may not cancel:

        **(i)** On the basis of the lawful use, possession or ownership of a firearm or ammunition by an "insured" or members of the "insured's" household; or

        **(ii)** On the basis of credit information available in public records.

        **(iii)** On the basis of a single claim which is the result of water damage, unless we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

    **(e)** If any of the reasons listed in Paragraphs If any of the reasons listed in Paragraphs **c.2.(c)(i) - (v)** apply, we will provide written notice at least 120 days before the date cancellation takes effect.

**d.** If the date of cancellation becomes effective during a hurricane occurrence:

    **1.** The date of cancellation will not become effective until the end of the hurricane occurrence; and

    **2.** We shall be entitled to collect additional premium for the period beyond the original date of cancellation for which the Policy remains in effect.

However, this provision does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the hurricane occurrence.

**e.** We may cancel this Policy after giving at least 45 days' notice if the Florida Office of Insurance Regulation determines and approves of our plan that early cancellation of some or all of our policies is necessary to protect the best interests of the policyholders due to our financial condition, lack of adequate reinsurance coverage for hurricane risk or other relevant factors.

**f.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata

**g.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within fifteen (15) working days after the date cancellation takes effect.

**D.**   **Nonrenewal** is deleted and replaced by the following:

**D.**   **Nonrenewal**

    **a.** We may elect not to renew this Policy. We may do so by delivering to you or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal. Proof of mailing will be sufficient proof of notice.

    **1.** If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the "residence premises" has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency, then, during the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the "residence premises", we may elect not to renew this Policy only if:

      (a) You have not paid the renewal premium;

        **(1)** There has been a material misstatement or fraud related to the claim;

        **(2)** We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or

**(3)** We have paid policy limits.
We may do so by letting you know at least 45 days before the expiration date of the Policy.

2.  We shall be entitled to collect any additional premium required to keep the Policy in effect during this period.
However, this provision does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

3. If the conditions described in Paragraph **D.a.1.** do not apply, we may elect not to renew this Policy by providing written notice at least 120 days before the expiration date of this Policy.

**b.** We will not non-renew this Policy:

1.  On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

2.  On the basis of a single claim which is the result of water damage, unless we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property;

3.  On the basis of filing of claims for loss caused by sinkhole damage, unless:
    (a) The total of such property claim payments equals or exceeds the policy limits of coverage for the policy in effect on the date of loss; or
    (b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based;

4.  On the basis of a lawful use, possession or ownership of a firearm or ammunition by an "insured" or members of the "insured's" household; or

5.  On the basis of credit information available in public records.

**c.** If the date of nonrenewal becomes effective during a hurricane occurrence:

1.  The expiration date of this Policy will not become effective until the end of the hurricane occurrence;
2.  We shall be entitled to collect additional premium for the period the Policy remains in effect.

However, this provision does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the hurricane occurrence.

**d.** We may non-renew this Policy after giving at least 45 days' notice if the Florida Office of Insurance Regulation determines and approves of our plan that early nonrenewal of some or all of our policies is necessary to protect the best interests of the policyholders due to our financial condition, lack of adequate reinsurance coverage for hurricane risk or other relevant factors.

**E. Assignment** is deleted and replaced by the following:

**E. Assignment**

Assignment of this policy will not be valid unless we give our written consent. If you execute an "assignment agreement", and assign any post-loss benefits to an "assignee", the "assignee" must deliver a copy of the "assignment agreement" to us within three (3) business days after the date on which the assignment agreement is executed or the date on which work begins, whichever is earlier. An executed "assignment agreement" may be delivered to us at the following electronic mail address: **aobsubmission@velocityrisk.com**

We will not pay an "assignee" pursuant to an executed "assignment agreement" if the "assignment agreement" is not delivered to us at the electronic mail address indicated within three (3) business days after the date on which the assignment is executed or the date on which work beings, whichever is earlier.

Pursuant to Florida law, in a claim arising under an "assignment agreement", an "assignee" has the burden to demonstrate that we are not prejudiced by the "assignee's" failure to perform the duties in a. through c. below.

**a**. Cooperate with us in the investigation of a claim;

**b**. Maintain records of all services provided under the "assignment agreement";

**c**. Provide us requested records and documents related to the services provided and permit us to make copies of such records and documents. This includes providing accurate and up-to- date revised estimates of the scope of work to be performed as supplemental or additional repairs are required;

**d**. Must perform the work in accordance with accepted industry standards.

**F. Subrogation,** the following sentence is added to the first paragraph of this condition:

However, we waive any rights of recovery against the corporation or association of property owners of the condominium where the "residence premises" is located.

The following **H. Concealment Or Fraud**, **I. Renewal Notification**, and **J. Notification Regarding Access** are added:

**H.  Concealment Or Fraud**
  **a.**  Under **Section I – Property Coverages**, with respect to all "insureds" covered under this policy, we provide no coverage for loss under **Section I – Property Coverages** if, whether before or after a loss, one or more "insureds" have:
    **(1)**  Intentionally concealed or misrepresented any material fact or circumstance;
    **(2)**  Engaged in fraudulent conduct; or
    **(3)**  Made materially false statements;
    **(4)**  relating to this insurance.
However, we will not deny a claim based on credit information available in public records, whether disclosed or undisclosed, if the policy has been in effect for more than ninety (90) days.
  **b.**  Under **Section II – Liability Coverages**, we do not provide coverage to one or more "insureds" who, before or after a loss, have:
    **(1)**  Intentionally concealed or misrepresented any material fact or circumstance;
    **(2)**  Engaged in fraudulent conduct; or
    **(3)**  Made materially false statements; relating to this insurance.
However, we will not deny a claim based on credit information available in public records, whether disclosed or undisclosed, if the policy has been in effect for more than ninety (90) days.

**I.  Renewal Notification**
  If we elect to renew this policy, we will let you know, in writing:
    **a.**  Of our decision to renew this policy; and
    **b.**  The amount of renewal premium payable to us.
  This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**J.  Notification Regarding Access**
  If we require access to an "insured" or claimant or to the insured property that is the subject of a claim, we must provide at least 48 hours' notice to you or the claimant, or your or the claimant's public adjuster or legal representative, before scheduling a meeting with you, the "insured" or the claimant or prior to conducting an on-site inspection of the insured property. You or the claimant may deny access to the property if the notice has not been provided or may waive the 48-hour notice.

All other provisions of this policy apply.

HOMEOWNERS
**VRU HO CGC 012 03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**CATASTROPHIC GROUND COVER COLLAPSE COVERAGE**

**DEFINITIONS**
The following definitions are added:

1. "Sinkhole activity" means settlement or systematic weakening of the earth supporting the "principal building" only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock material into subterranean voids created by the effect of water on limestone or similar rock formations.

**SECTION I – PERILS INSURED AGAINST**
The following is added to **SECTION I – PERILS INSURED AGAINST**:

**"Catastrophic Ground Cover Collapse" Coverage**
1. We insure for direct physical loss to property covered under SECTION I caused by the peril of "catastrophic ground cover collapse".
2. **Coverage C – Personal Property** applies if there is a direct physical loss resulting from a "catastrophic ground cover collapse", unless the loss is excluded elsewhere in this policy.
3. Damage consisting merely of the settling cracking of a foundation, structure or building does not constitute a loss resulting from a "catastrophic ground cover collapse".
4. If the "principal building" suffers a "catastrophic ground cover collapse", you must repair such damage or loss in accordance with our professional engineer's recommended repairs. However, if our professional engineer determines that the repair cannot be completed within policy limits, we will pay the lesser of the cost to complete the repairs recommended by our professional engineer or tender the policy limits to you.
5. "Catastrophic ground cover collapse" coverage is restricted to only the "principal building". When **Coverage B – Other Structures** is included in the policy, it is not covered for direct physical loss caused by a "catastrophic ground cover collapse".

   (**5. applies to Form HO 00 03 only**)

   This peril does not increase the limit of liability applying to the covered property.

   The SECTION I – Earth Movement and Settlement exclusion **A.2.** (Exclusion **2.** in **HO 00 06**) does not apply to this peril.

**SECTION I – EXCLUSIONS**

The following exclusion is added to **11.** Existing Damage:
   **d.** Visible physical or "structural damage" caused by "sinkhole activity" occurring prior to the inception of this policy. (This is Exclusion **1.k.** in Form **HO 00 03**)

**SECTION I – CONDITIONS**

   **D. Loss Settlement** paragraph **2.** (**3. Loss Settlement** paragraph **b.(3)** in **HO 00 06**) is added as follows.

   g. In the event of loss due to "catastrophic ground cover collapse"
      **(1)** You may not accept a "rebate" from any person performing the repairs. If you do receive a "rebate", coverage is void and you must refund the amount of the rebate to us. "Rebate" means a remuneration, payment, gift, discount, or transfer of any item of value to the policyholder by or on behalf of a person performing the repairs specified in this coverage as an incentive or inducement to obtain repairs performed by that person.

All other provisions of this policy apply.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
TO REPORT A LOSS OR CLAIM CALL <844.878.2567>

## DIRECT REPAIR PROGRAM

The Program described in this "Endorsement" allows us at our option and with your consent to provide a "Contractor(s)" who will make covered repairs to your dwelling and other structures, covered under Coverage **A** or **B**, when damage or loss is from a covered peril as described in your Policy.

Your Policy has specific requirements about notifying us in the event of direct physical loss or damage to property, which are found in **SECTION I –CONDITIONS, Condition C. Duties After Loss.**

Should you have concerns regarding your "Contractor" at any time during the repair, replacement or rebuilding process provided under this "Endorsement", you may directly contact a claim representative at the telephone number provided to you, or call our toll free Call-Center at <1.844.878.2567> and a representative will be available to discuss your concerns

---

**CONSENT**
You must provide written consent to participate in this program.

Your written consent to participate in this Program can only be provided to us by completing and returning to us, on or after reporting a claim of loss or damage, the Program Consent Form provided to you by insurer.

The provisions of this "Endorsement" are only for that reported claim of loss or damage. The provisions of this "Endorsement" do not apply to any subsequent claim of loss or damage, unless we exercise our option to utilize the Program and you provide another written consent in a Program Consent Form provided by insurer.

**PROGRAM PARTICIPATION**
1. Your participation in the Program as described in this Endorsement and your Policy is contingent upon the property, prior to or at the time of the loss, being in a state of condition that does not impair or prevent the Program "Contractor's" ability to repair the covered loss.
2. Your participation in the Program is terminated if we or the Program "Contractor" determine:
    a. Conditions are present that prevent repair, replacement or rebuilding of the property from starting or being completed; or
    b. The property is in a state of condition that impairs or prevents the Program "Contractor's" ability to repair the covered loss.
3. If your participation in the Program is terminated under **1.** or **2.** above and the $10,000 limit on coverage is applicable to the covered loss, the $10,000 limit on coverage applies to the covered loss.
4. You are not eligible to participate in the Program:
    a. If you incur any costs for repairs or you start any repairs, replacement or rebuilding of property covered under Coverage **A** or **B**, prior to our receipt of your written consent to participate in the Program and the execution of the contract between you and the "Contractor"; or
    b. You request participation in the Program after you have incurred any costs for repairs or you have started any repairs, replacement or rebuilding of property described under Coverage **A** or **B**.

      In this event, the most we will pay is the applicable limit of liability or if applicable the $10,000 limit on coverage, as described and provided in your Policy.

**AGREEMENT**
The following, subject to the PROGRAM PARTICIPATION provisions of this Endorsement, are added:
1. In the event of a direct physical loss to property covered under Coverage **A** or Coverage **B** under this "Endorsement":
    a. We will provide you a scope of repairs for covered damages.
    b. As necessary, we will provide you a revised scope(s) of repairs for covered damages describing any additional covered loss or damages discovered during the repair, replacement or rebuilding of property covered under Coverage **A** or Coverage **B** that are not included in the original estimate of covered loss. Together, these scopes under a. and b. above are your scope for repairs of damage to property covered under Coverage **A** or Coverage **B**.

2. To participate in the Program and accept our offer, you must sign and return the Program Consent Form provided by us and directly enter into a contract with the Program's "Contractor" to repair, replace or rebuild the damaged property included in the scope of repairs for covered damages.

   a. The contract between you and the "Contractor" will be for the repairs, replacement or rebuilding of the damaged property covered under Coverage **A** or Coverage **B** included in the scope of repairs for covered damages. We are not a party to the contract between you and the "Contractor" and the "Contractor" is not an agent of the insurer.

   b. Payment for the repairs, replacement or rebuilding of the damaged property in the contract described in paragraph **2.a.** above will be paid directly to the "Contractor" as described in **SECTION I – CONDITIONS, Condition J. Loss Payment** of this "Endorsement", less any applicable deductible.

3. Until you provide written consent to participate in the Program and execute the contract with the "Contractor", the $10,000 limit on coverage will apply if the covered loss results from a covered peril described in paragraphs **A.2.c.(6)** and **A.2.c.(7)** in VRU HO SP under **Section I – Perils Insured Against, A. Coverage A – Dwelling And Coverage B – Other Structures**.

   a. Payment for **Reasonable Emergency Measures** under **SECTION I – Additional Coverages 2.**, which occurs in the same loss will be deducted from the $10,000 limit on coverage.

   b. If you do not provide written consent to participate in the Program or your participation in the Program has been terminated by you or us, and you request the Program for the same loss, the $10,000 limit on coverage applies.

   c. Any payment made by us to you for a loss, less any payment made by us to you under **SECTION I – Additional Coverages 2., Reasonable Emergency Measures** for that loss, must be returned to us if for the same loss:

      i. The Program is re-offered to you and you consent to participate in the Program; or

      ii. A subsequent request by you to participate in the Program is accepted by us.

   d. If a contract has been executed between you and the "Contractor" as described in the "Endorsement", you will be responsible for payment to the "Contractor" of the deductible described in **SECTION I – CONDITIONS, Condition B. Deductible**.

   e. We will pay the "Contractor" directly as described in **SECTION I – CONDITIONS, Condition J. Loss Payment** of this "Endorsement", less the deductible you are responsible for in **d.** above, for the amount, if any, owed the "Contractor" for their performance of repairs, replacement or rebuilding of covered property covered under Coverages **A** or **B** indicated in the scope of repairs for covered damages.

   f. In no event will you be responsible for paying more than one deductible in any one loss.

   g. If the covered loss results from a covered peril other than the peril described in paragraphs **A.2.c.(6)** and **A.2.c.(7)** in VRU HO SP under **Section I – Perils Insured Against, A. Coverage A – Dwelling And Coverage B – Other Structures**, the applicable limit of liability shown in your Declarations will apply instead.

4. This "Endorsement" gives a 10% credit on the All Other Perils deductible, shown in your declarations.  However, the 10% credit does not apply if you do not give your written consent.

5. This "Endorsement" does not:

   a. Increase the limit of liability that applies to the covered property;

   b. Increase the $10,000 limit on coverage, except as provided under this Endorsement and the Policy;

   c. Alter or change any Additional Coverage in **E. Additional Coverages** under **SECTION I - PROPERTY COVERAGES** and each Additional Coverage, including their applicable limits of liability, shall apply to covered loss as described and provided in **VRU HO SP**; or

   d. Alter or change the deductible provision in your Policy.

6. Your duties under **SECTION I – CONDITIONS, Condition C. Duties After Loss** in **VRU HO SP** apply, whether under this "Endorsement" you or your representative:

   a. Notify us or the "Contractor" to stop repairs, replacement or rebuilding of property covered under Coverage **A** or **B**;

   b. Prevent the "Contractor" from providing or completing the repairs, replacement or rebuilding of property covered under Coverage **A** or **B**; or

   c. Have another party perform or contract to perform a duty on your behalf.

7. Any dispute between you and us, regarding the scope of repairs for covered damages of property covered under Coverage **A** or **B** is subject to **SECTION I – CONDITIONS, Condition F. Appraisal** as described in this "Endorsement".

   The Appraisal may be requested by you or by us.

8. Our option and your consent to participate in the Program provided under this "Endorsement" are material parts of this "Endorsement". Under no circumstances does this "Endorsement" relieve you or us of any duties and obligations under the Policy not specifically amended, added or deleted in this "Endorsement".

**DEFINITIONS**
The following definition is added:

The term "Endorsement" shall mean "form **VRU HO DRF**."

The following definition is added regarding the repair, replacement or rebuilding of property covered under Coverage **A** or Coverage **B** made by the "Contractor" under this "Endorsement":

"Contractor" means a person, entity or company, including their employees, agents, representatives and general or specialty contractors who is a member of the network   engaged   by   the insurer to provide  the  repair, replacement   or  rebuilding of property  covered  under  Coverage  **A**  or  **B**  and  the estimate of covered loss  under this  "Endorsement".

**SECTION I – PROPERTY COVERAGES**
The following is added to **Coverage D - Loss Of Use** in the Policy regarding the repair, replacement or rebuilding of property covered under Coverage **A** or Coverage **B** under this "Endorsement":
Under **1. Additional Living Expense** or **2. Fair Rental Value**:
  a.  We will not pay for any time period where you, any other "insured" seeking coverage or a representative of either, act in a manner to obstruct or unreasonably delay the "Contractor" from repairing, replacing or rebuilding the property that is subject to the scope of repairs for covered damages under this "Endorsement"; or
  b.  We will not pay for any time period caused by:
    1.  The performance by the "Contractor" of additional repairs, replacement or rebuilding of property requested by you, any other "insured" seeking coverage or a representative of either, that are not included in the scope of repairs for covered damages provided under this "Endorsement"; or
    2.  To correct loss or damages existing prior to or at the time of loss.

In no event will we make duplicate payments under **1. Additional Living Expense**, **2. Fair Rental Value** and **3. Civil Authority Prohibits Use** and under **SECTION I – PROPERTY COVERAGES, D. Coverage D – Loss Of Use**, for the same loss or damage or for the same loss occurrence.

**SECTION I - CONDITIONS**
Condition **C. Duties After Loss**

The following paragraphs are added to **C. Duties After Loss** in **VRU HO SP**:

Your duties under **Condition C. Duties After Loss** in **VRU HO SP** apply, whether under this "Endorsement" you or your representative:
1.  Notify us or the "Contractor" to stop repairs, replacement or rebuilding of property covered under Coverage **A** or **B**;
2.  Prevent the "Contractor" from providing or completing the repairs, replacement or rebuilding of property covered under Coverage **A** or **B**, or
3.  Have another party perform or contract to perform a duty on your behalf.

Our option and your written consent to participate in the Program provided under this "Endorsement" are material parts of this "Endorsement". Under no circumstances does this "Endorsement" relieve you or us of any duties and obligations under the Policy not specifically amended, added or deleted in this "Endorsement".

Condition **D. Loss Settlement**

The following paragraphs are added to Condition **D**.

Loss Settlement in **VRU HO SP** regarding the repair, replacement or rebuilding of property covered under Coverage **A** or Coverage **B** under this "Endorsement":

If the "Contractor" provides under this "Endorsement", repairs, replacement or the rebuilding of property covered under Coverage **A** or Coverage **B** for covered loss or damage caused by a peril insured against, Condition **D**. Loss Settlement paragraph **d**. in Policy will not apply.

For all remaining loss or damage that is not repaired, replaced or rebuilt under this "Endorsement", this "Endorsement" is not applicable and all other provisions of your Policy apply.

Condition **F. Mediation or Appraisal**

**VRU HO DRF 012 02**         Includes copyrighted material of Insurance Services Office, Inc.,
                                 with its permission

For disputes arising under the application of this "Endorsement" Condition **F. Appraisal** is deleted in **VRU HO SP** and is replaced by the following regarding the scope of repairs for covered damages that describes the repair, replacement or rebuilding of property covered under Coverage A or Coverage B under this "Endorsement":

**Appraisal**.
Appraisal is the sole method to address and resolve disagreement of scope of repairs for covered damages.

For purposes of this "Endorsement", Appraisal shall address any dispute between you and us as to the scope of repairs for covered damages, and only applies to the resolution of disputes regarding the repair, replacement or rebuilding of damaged covered property under Coverage **A** or **B** in the scope of repairs for covered damages under this "Endorsement".

a.  If you and we fail to agree on the scope of repairs for covered damages, either may demand appraisal.
b.  If you or we demand appraisal, the demand must be in writing and shall include a detailed scope of repairs for covered damages which identifies each item of damaged property, describes the extent of the damage and indicates whether each item should be repaired, rebuilt or replaced.
c.  Each party will choose a competent appraiser within 20 days after receiving a written demand for appraisal from the other.
d.  If the appraisers submit a written report of an agreement to us, the scope of repairs for covered damages agreed upon will be the scope of repairs for covered damages for purposes of this "Endorsement".
e.  If they fail to agree on a scope of repairs for covered damages within 30 days, unless the period of time is extended by mutual agreement between you and us, the two appraisers will choose a competent and impartial umpire. If they cannot agree upon an umpire within 15 days, you or we may request in writing that the choice be made by a judge of a court of record located in the county described in the "Location of Residence Premises" of the Declarations.
f.  The two appraisers will submit their differences to the umpire. A decision agreed to by any two will set the scope of repairs for covered damages for purposes of this "Endorsement".
g.  The appraisal award will be in writing and shall include the following:
    (1) A detailed list, which includes the description and the grade of material for the repairs, replacement or rebuilding of each specific item included in the award from the appraisal findings; and
    (2) A statement of "This award is made subject to the terms and conditions of the policy."
h.  Each party will:
    (1) Pay its own appraiser, including their fees and expenses associated with their appraisal services; and
    (2) Pay reasonable fees and reasonable expenses of the appraisal and umpire equally.
i.  Satisfaction of the award or any part of the award will be made in accordance with Condition **J.** Loss Payment described in this "Endorsement".
j.  For resolution of disputes unrelated to this "Endorsement", **SECTION I – CONDITIONS**, **Condition F. Appraisal** in **VRU HO SP** is available in accordance with its provisions.

Condition **J. Loss Payment**

Condition **J. Loss Payment** is deleted in **VRU HO SP** and replaced by the following regarding the repair, replacement or rebuilding of property covered under Coverage **A** or Coverage **B** provided under this "Endorsement":

**J. Loss Payment**
a.  We will adjust all losses with you described in the scope of repairs for covered damages we or the "Contractor" provide you under this "Endorsement".
b.  We will pay the "Contractor" directly. We will include you on the check.
c.  In no event will we make duplicate payments for the same element of loss.

**SECTION I AND II – CONDITIONS**

Condition J. **Notification Regarding Access**

The following is added to **Condition I. Notification Regarding Access** in **VRU HO SP** as regards this "Endorsement".

Our offer and your consent to participate in this Program requires our agreement to a mutual schedule with you and your permission for the carrier, its designated representative(s) and the "Contractor" to enter the "Residence Premises" at the address designated in your Declarations as the Location of Residence Premises, for the purpose of inspecting and documenting your loss, preparing a scope(s) of repairs for covered damages and providing the repairs, replacement or rebuilding of property covered under Coverage **A** or **B** provided under this "Endorsement".

If there is no permission or agreement, this "Endorsement" does not apply and all other provisions of your policy apply.

**TERMINATION OF CONSENT**

1. If you have provided written consent in a Program Consent Form to participate in this "Endorsement", you may withdraw your consent by notifying us any time prior to you signing any contract(s) or authorization(s) provided by the "Contractor" for the repairs, replacement or rebuilding of property covered under Coverage **A** or **B** included in the scope of repairs for covered damages we or the "Contractor" provide to you under this "Endorsement".

2. If you or your representative notify us or the "Contractor" to stop providing or completing the repairs, replacement or rebuilding of property covered under Coverage A or B in the scope of repairs for covered damages under this "Endorsement", this constitutes termination of your consent to the Program provided under this "Endorsement".

3. If you or your representative prevent the "Contractor" from providing or completing the repairs, replacement or rebuilding of property covered under Coverage A or B in the scope of repairs for covered damages under this "Endorsement", this constitutes termination of your consent to the Program provided under this "Endorsement".

4. If you fail to execute the contract provided by the "Contractor" within ten business days from the date the contract is delivered to you, this constitutes termination of your consent to the Program provided under this "Endorsement".

5. Upon the termination of your consent, this "Endorsement" no longer applies and all other provisions of your Policy apply. Additionally, in this event, the following also applies:

    a. All duties required under **SECTION I – CONDITIONS, Condition C. Duties After Loss** in **VRU HO SP** will apply.

    b. Upon your termination, **SECTION I – CONDITIONS**, **Condition I. Our Option** in **VRU HO SP** will apply.

6. Under **1.** and **4.** above, the deductible will be applied as described under **SECTION I – CONDITIONS**, **Condition B. Deductible.**

In no event will you be responsible for paying more than one deductible in any one loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission



# Program Consent Form

| Date of Offer: | | Insured: | |
|---|---|---|---|
| Claim #: | | Policy #: | |
| Date of Loss: | | Representative Name: | |

## CONSENT TO PARTICIPATE IN OUR DIRECT REPAIR PROGRAM

This form acknowledges, for the Claim indicated above, your consent and your acceptance (or your rejection) of our offer to you to participate in a Direct Repair Program (the Program) described in your Policy in an endorsement shown in your Declarations as either form **VRU HO SP** or form **VRU HO DRF** (the Endorsement). The Program provides a Program "Contractor" to perform repairs, replacement, or rebuilding of damaged property covered under **Coverage A – Dwelling and/or Coverage B -Other Structures** for damage or loss from a covered peril as described in your Policy.

Please select your choice below and sign where indicated. **If you do not indicate your choice by** checking one of the boxes below or do not sign this **Program Consent Form**, you have not provided your consent and have not accepted the offer to participate in the Program and **the $10,000 Limit On Coverage as described in your policy applies to the loss.**

☐ I consent and accept the offer to participate in the Direct Repair Program. My consent and participation in the Program is subject to the terms and conditions in the Endorsement and in my Policy. I understand I must separately contract with a Program "Contractor" for repairs of covered damage within **10** business days from the date the contract is delivered to me to complete my consent. I understand if I do not sign a contract with the Program "Contractor", my consent is terminated and the $10,000 Limit on Coverage described in my Policy applies and is the most the insurer will pay for my covered loss.

☐ I do **not** provide my consent and **decline** this offer to participate in the Direct Repair Program. I understand that the $10,000 Limit on Coverage described in my Policy applies and is the most carrier will pay for my covered loss.

Only this Consent Form may be used to acknowledge your consent to participate in the Program. In consenting to participate in the Program, **you acknowledge that the carrier is not a party to the contract between you and the Program "Contractor"** and that the Program "Contractor" is solely responsible for the workmanship of the repairs performed.

## TERMINATION OF CONSENT
Your consent to participate in the Program is terminated, if you or your representative:
- Request that the Program "Contractor" not start or complete repairs, as described in the Endorsement;
- Prevent the Program "Contractor" from starting or completing repairs, as described the Endorsement;
- Fail to execute the contract provided by the Program "Contractor" within **10** business days from the date the contract is delivered to you, as described in the Endorsement.
- Permit or authorize another contractor outside the Program to begin repairs.
- Incur any costs for repairs or start any repairs, replacement or rebuilding of property covered under Coverage A or B.

If you terminate your consent to participate in the Program or if consent is deemed terminated, the **$10,000** Limit On Coverage as described in your Policy will apply.

VRU HO CON 012 01

# Program Consent Form

**EXPIRATION OF OFFER**
You will be deemed to have rejected this offer if you contract or commence repairs with a contractor outside the Program.

If you decline this offer or the offer expires, and you have not contracted or commenced repairs with a contractor outside the Program, we may offer you another opportunity to participate in the Program by providing you with a new Program Consent Form.

---

**TERMINATION OF PARTICIPATION IN THE PROGRAM**
Your participation in the Program is contingent upon the property, prior to or at the time of the loss, being in a state of condition that does not impair or prevent the Program "Contractor's" ability to repair the covered loss.

Your participation in the Program is terminated (1) if we or the Program "Contractor" determine conditions are present that prevent repair, replacement or rebuilding of the property from starting or being completed, (2) if we or the Program "Contractor" determine the property is in a state of condition that impairs or prevents the Program "Contractor's" ability to repair the covered loss, (3) If you incur any costs for repairs or you start any repairs, replacement or rebuilding of property covered under Coverage **A** or **B**, prior to our receipt of your written consent to participate in the Program and the execution of the contract between you and the "Contractor", or (4) you request participation in the Program after you have incurred any costs for repairs or you have started any repairs, replacement or rebuilding of property described under Coverage **A** or **B**. Under these conditions, your participation in the Program is terminated, the Program "Contractor" will stop repairs and **the $10,000 Limit On Coverage as described in your policy applies to the loss**.

If such circumstances arise, the carrier will make payment in accordance with the Endorsement. You will be responsible for your policy deductible as described in the Endorsement. Refer to the Direct Repair Program in the Endorsement and your policy for specific terms and conditions.

If you request or attempt to modify any condition or term in this offer or request that any additional terms or conditions not set out in this offer be added, you will be deemed to have rejected the Program and your policy limit applicable to the referenced loss shall be $10,000.

**DISCLAIMER**
The provisions in this consent form provide an overview of the Direct Repair Program and certain rights and responsibilities under the Program. The information in this consent form does not replace, revise or amend any provision in the Direct Repair Program in the Endorsement, or any provisions in your insurance policy.

**I HAVE REVIEWED THIS DOCUMENT, AND AFFIRM I UNDERSTAND THE CONTENTS AND TERMS OF THIS PROGRAM CONSENT FORM AND DIRECT REPAIR PROGRAM. I AM EXECUTING THIS FORM ON BEHALF OF ALL INSUREDS UNDER MY POLICY.**

| Insured's Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Witness Name: | | | |
| Signature: | | Date: | |



# Program Consent Form

## WITNESS OF CARRIER REPRESENTATIVE

☐ The insured has made their choice as indicated above and has signed this Program Consent Form.

☐ The insured has declined to select a choice above and/or refused to sign this Program Consent Form

| | | |
|---|---|---|
| **Carrier Authorized Representative Name:** | | |
| **Representative's Company Name:** | | |
| **Position/Job Title:** | | |
| **Signature:** | **Date:** | |

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

TO REPORT A LOSS OR CLAIM CALL <844.878.2567>

## EMERGENCY WATER REMOVAL SERVICES

The services described in this "Endorsement" allow us at our option and with your consent to provide a "Contractor(s)" who will provide necessary reasonable emergency water removal services, as described below, solely to protect your covered property under Coverage **A**, Coverage **B** and Coverage **C** from further damage.

Your Policy has specific requirements about notifying us in the event of direct physical loss or damage to property, which are found in **SECTION I –CONDITIONS**, **Condition C. Duties After Loss**.

Should you have concerns regarding your "Contractor" at any time during the process of emergency water removal provided under this "Endorsement", you may directly contact a claim representative at the telephone number provided to you, or call our toll free Call-Center at <1.844.878.2567> and a representative will be available to discuss your concerns.

---

**CONSENT**

At our option and with your consent to participate in the services provided under this "Endorsement", the following provisions of the Policy are either added or amended.

Your consent provided on or after reporting a claim of loss or damage and the provisions of this "Endorsement" are only for that reported claim of loss or damage.

The provisions of this "Endorsement" do not apply to any subsequent claim of loss or damage, unless we opt to participate in the services provided under this "Endorsement" and you provide another consent as described above.

**AGREEMENT**

The following is added:

In the event of a direct physical loss to property covered under Coverage **A,** Coverage **B or** Coverage **C** located on the "residence premises" caused by accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we will dispatch a "Contractor" of our choice to provide only necessary reasonable emergency water extraction and drying services solely to protect property from further damage, as provided under this "Endorsement". The following apply:

1. The services provided under this "Endorsement" are limited to only necessary reasonable emergency water extraction and drying services made solely to protect property from further damage.
2. The services provided under this "Endorsement" do not include any replacement, repair or the rebuilding of the dwelling or other structures and do not include any replacement, repair or the rebuilding of the dwelling or other structures necessary to perform the emergency water extraction and drying services.
 When such replacement, repair or the rebuilding is necessary, all other provisions of your Policy apply.
3. **SECTION I – CONDITIONS, Condition I. Our Option** in **VRU HO SP** does not apply to the services we or the "Contractor" provide under this "Endorsement".
4. Your deductible does not apply to the services provided under this "Endorsement".
5. Any payment for emergency water removal services provided under this "Endorsement" will not be deducted from the $3,000 limit under **SECTION I - ADDITIONAL COVERAGES 2.a. Reasonable Emergency Measures** and will not be deducted from the $10,000 limit on coverage under **SECTION I – PERILS INSURED AGAINST Coverage A - Dwelling And Coverage B –Other Structures paragraphs A.3** and **6.**, in **VRO HO SP**.
 All other covered emergency water removal services not provided under this "Endorsement", after application of any applicable deductible, will be included in and limited to the $3,000 limit under **SECTION I – ADDITIONAL COVERAGES 2. a. Reasonable Emergency Measures** which will be deducted from the $10,000 limit on coverage provided in p a r a g r a p h **A . 3 .** a n d **6 .** under **SECTION I –PERILS INSURED AGAINST Coverage A - Dwelling and Coverage B – Other Structures.**
6. This "Endorsement" does not increase any limit of liability applicable to the damaged covered property.
7. We will make payment directly to the "Contractor" as described in **SECTION I - CONDITIONS, Condition J. Loss Payment** in **VRU HO SP** for services the "Contractor" provides under this "Endorsement".
8. Any services provided under this "Endorsement" for loss or damage that is not covered under your Policy does

Includes copyrighted material of Insurance Services Office, Inc., with its permission

not cause or create  coverage.

9. In consenting to participate in the services provided under this "Endorsement", you acknowledge that the insurer is not a party to the contract between you and the Program "Contractor" and that the "Contractor" is solely responsible for the workmanship of the services performed.

**DEFINITIONS**

The following definitions are added:

The term "Endorsement" shall mean "form **VRU HO EWR.**"

The following definition is added regarding the services provided by the "Contractor" under this "Endorsement": "Contractor" means a person, entity or company, including their employees, agents, representatives and general or specialty contractors who is a member of the network engaged by the insurer to provide the services under this "Endorsement".

**SECTION I – CONDITIONS**

Condition **C. Duties After Loss**

The following paragraphs are added to Condition

**C. Duties After Loss** in **VRU HO SP**:

Your duties under Condition **C. Duties After Loss** in **VRU HO SP** apply, whether under this "Endorsement" you or your representative:

**1.** Prevent the "Contractor" from providing or completing the services, or

**2.** Have another party perform or contract to perform a duty on your behalf.

The services provided under this "Endorsement**"** are not a loss inspection. All conditions stipulated in **SECTION I – CONDITIONS, Condition C. Duties  After  Loss** in **VRU HO SP** apply. Our option and your consent to participate in  the services provided under this "Endorsement" are material parts of this "Endorsement". Under no circumstances does this "Endorsement" relieve you or us of any duties and obligations under the Policy not specifically amended, added or deleted in this "Endorsement".

Condition J. **Loss Payment**

Condition **J. Loss Payment** is deleted in VRU HO SP and replaced by the following regarding services provided by this "Endorsement"

**J. Loss Payment**

1. We will pay the "Contractor" directly.

**SECTION I AND II – CONDITIONS**

Condition **11. Notification Regarding Access**

The following is added to Condition **J. Notification Regarding Access** in **VRU HO SP as** regards this "Endorsement".

Our offer and your consent to participate in the EMERGENCY WATER REMOVAL SERVICES

"Endorsement" requires our agreement to   a  mutual   schedule with you and your permission  for the insurer, its designated representative(s) and the "Contractor" to enter the "Residence Premises" at the address designated in your Declarations as the Location of Residence Premises, for the purpose of inspecting your loss and providing the services under this "Endorsement".

If there is no permission or agreement, this "Endorsement" does not apply and all other provisions of your policy apply.

# HURRICANE DEDUCTIBLE ENDORSEMENT

For the premium charged, we will pay only that portion of the total of the loss for all Section I coverages that exceeds the Hurricane Deductible shown on the Declarations page for "hurricane losses". Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to "hurricane losses"

"Hurricane loss(es)" means any loss resulting from the peril of windstorm caused by a hurricane during any period:

● Beginning when a hurricane watch or hurricane warning is issued for any portion of Florida by the National Hurricane Center of the National Weather Service;

● Remaining in effect for as long as hurricane conditions exist anywhere in the state of Florida; and

● Ending 72 hours after any hurricane watch or hurricane warning has been discontinued for all counties of the state of Florida by the National Hurricane Center of the National Weather Service.

"Windstorm(s)" means wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a hurricane which results in direct physical loss or damage to property. The National Hurricane Center of the National Weather Service published data shall be the source used to identify if such windstorm is caused by or results from a hurricane.

**Calendar Year Hurricane Deductible**

The hurricane deductible shown in the Declarations applies for direct physical loss or damage to covered property caused by all "windstorms" as defined above. A hurricane percentage deductible is determined by applying the percentage to the Coverage A Dwelling limit of liability at the time of loss.

In the event of a single "hurricane loss", we will pay only that part of the total of all losses or damages payable under Section I that exceeds the hurricane deductible shown in the Declarations. The hurricane deductible shown in the Declarations applies on a calendar year basis.

If there are "windstorm" losses in a calendar year on more than one policy issued by the same insurer or an insurer in the same insurer group, the hurricane deductible shall be the highest amount stated in any one of the policies.

If you had a "windstorm" loss under the prior policy during the same calendar year and you lower your hurricane deductible under a new or renewal policy, the lower hurricane deductible will not apply until January 1 of the following calendar year.

If there was a "windstorm" loss for a prior "windstorm" or "windstorms" during the calendar year, we may apply a deductible to the subsequent "windstorm" that is the greater of:

● The remaining amount of the hurricane deductible; or

● The amount of the deductible that applies to all other perils.

The remaining dollar amount of the calendar year hurricane deductible is determined by subtracting the actual deductible(s) applied to all previous windstorm losses caused by hurricane during the calendar year from the calendar year "hurricane" deductible that is in effect at the time of the loss.

In the event you should have any "windstorm" loss which is less than your hurricane deductible, you must report the loss to us so that such losses may be applied to subsequent "windstorm" claims during the same calendar year.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to the endorsement.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## LIMITED FUNGI, MOLD, WET OR DRY ROT, OR BACTERIA COVERAGE ENDORSEMENT

### SCHEDULE

| These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of "occurrences", the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule. | |
|---|---|
| Section I - Property Coverage Limit of Liability for the Additional Coverage "Fungi", Mold, Wet Or Dry Rot, Or Bacteria | * <$>  **Each Covered Loss**<br>* <$>  **Policy Aggregate** |
| Section II - Coverage E Sublimit of Liability for "Fungi", Mold, Wet Or Dry Rot, Or Bacteria | $50,000 Each Occurrence<br>$50,000 Policy Aggregate |

* Entries may be left blank if shown Policy Declarations for this coverage.

### DEFINITIONS

The following definition is added:

**1.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents, or by-products produced or released by fungi.

**2.** Under Section II, this does not include any fungi that are on, or are contained in, a good or product intended for consumption.

### SECTION I-PROPERTY COVERAGES
### ADDITIONAL COVERAGES

The following Additional Coverage is added:

**"Fungi", Mold, Wet Or Dry Rot, Or Bacteria**

**1.** We will pay up to the amount stated in the above schedule for Limit of Liability for "Fungi" Coverage for:

**a.** The total of all loss payable under Section I - Property Coverages caused by or resulting directly or indirectly from "fungi", mold, wet or dry rot, or bacteria;

**b.** The cost to remove "fungi", mold, wet or dry rot, or bacteria from property covered under Section I-Property Coverages.

**c.** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", mold, wet or dry rot, or bacteria; and

**d.** The cost of testing of air or property to confirm the absence, presence or level of "fungi", mold, wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", mold, wet or dry rot, or bacteria.  If such testing is performed prior to removal, repair, restoration or replacement, we will pay up to $750 (Seven Hundred and Fifty Dollars) for the cost of the testing.

**2.** The coverage described in **1.a.** through **d.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

**3.** The **Each Covered Loss** amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage resulting from any one covered loss; and

The **Policy Aggregate** amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage for all covered losses, regardless of the number of locations insured under this endorsement or number of claims made.

**4.** If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", mold, wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", mold, wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

### SECTION I – EXCLUSIONS

The following Exclusion is added:

**"Fungi", Mold, Wet or Dry Rot, Or Bacteria**

"Fungi", mold, wet or dry rot, or bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", mold, wet or dry rot or bacteria.

This Exclusion does not apply:

**a.** When "fungi", mold, wet or dry rot, or bacteria results from fire or lightning; or

**b.** To the extent coverage is provided for in the "Fungi", Mold, Wet Or Dry Rot, Or Bacteria Additional Coverage under Section I - Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", mold, wet or dry rot, or bacteria is covered.

## SECTION II – LIABILITY

### CONDITIONS

Condition A. Limit of Liability is deleted and replaced by the following:

### A. Limit of Liability

Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage E Sublimit of liability shown in the Schedule for this coverage. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

However, our total liability under Coverage E for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", mold, wet or dry rot, or bacteria will not be more than the Section II-Coverage E Aggregate Sublimit of Liability for "Fungi", Mold, Wet or Dry Rot, or Bacteria. That Sublimit is the amount shown in the Schedule for this coverage. This is the most we will pay regardless of the:

**a.** Number of locations insured under the policy to which this endorsement is attached;

**b.** Number of persons injured;

**c.** Number of persons whose property is damaged;

**d.** Number of "insureds"; or

**e.** Number of "occurrences" or claims-made.

This Sublimit is within, but does not increase, the Coverage E limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

With respect to damages arising out of "Fungi", Mold, Wet or Dry Rot, or Bacteria described in A. Limit of Liability of this endorsement, Condition B. Severability of Insurance is deleted and replaced with the following:

### B. Severability of Insurance

This insurance applies separately to each "insured" except with respect to the Sublimit of Liability described in this endorsement under Section II - Conditions A. Limit of Liability. This condition will not increase the limit of liability for this coverage.

Condition I. Policy Period is deleted and replaced by the following:

### I.  Policy Period

This policy applies only to loss or costs in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

All other policy provisions apply.

HOMEOWNERS
VRU HO LAC 012 01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOSS ASSESSMENT COVERAGE

**1. Increased Limit – Residence Premises**

For an additional premium, the limit of liability for Section I Additional Coverages 7 and Section II Additional Coverages D, Loss Assessment, is increased to:

| **Increase in Limit of Liability\*** | **Total Limit of Liability\*** |
|---|---|
| $ | $ |

SPECIAL LIMIT – We will not pay more than $1,000 of your assessment that results from a deductible in the policy of insurance purchased by a corporation or association of property owners.

**2. Additional Locations**

For an additional premium, we agree to pay, up to the limit of liability listed below, your share of covered loss assessments as described in Section I Additional Coverage 7 and Section II Additional Coverage D of the policy, arising out of the premises listed below.

| Location of Unit\* | Limit of Liability\* |
|---|---|
| | |

SPECIAL LIMIT – We will not pay more than $1,000 of your assessment per unit that results from a deductible in the policy of insurance purchased by a corporation or association of property owners.

\*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

**HOMEOWNERS**
**VRU HO NDC 012 02**

## <u>NO</u> SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## <u>LIMITED</u> SECTION I – PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation.  The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide **Section II – Liability Coverages** because a "business" of an "insured" is excluded under exclusion **E.2.a.** of Section II – Exclusions;

2. Does not provide **Section I – Coverage B** coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because **Coverage C – Personal Property** – item **3.h.** imposes that limit on "business" property on the "residence premises."

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $1500, because **Coverage C – Personal Property** – item **3.i.** imposes that limit on "business" property away from the "residence premises."  Special Limit of Liability item **i.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **j.** and **k.**

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

HOMEOWNERS
**VRU HO WBU 012 02**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WATER BACK UP AND SUMP OVERFLOW

**1.** For an additional premium, we insure, up to the amount listed in the Policy Declarations, for direct physical loss, not caused by the negligence of any "insured," to property covered under Section I caused by water, or water-borne material, which:

  **a.** Backs up through sewers or drains; or

  **b.** Overflows or is discharged from a:

   **(1)** Sump, sump pump; or

   **(2)** Related equipment;

  even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This endorsement does not increase the limits of liability for Coverages A, B, C or D stated in the policy Declarations.

**2. Special Deductible**

The following deductible provision replaces any other deductible provision in the policy with respect to loss covered under this endorsement.

We will pay only that part of the loss which exceeds your policy deductible stated on the Declaration Page or $1,000, whichever is greater. No other deductible applies to this coverage. This deductible does not apply with respect to Coverage D – Loss of Use.

**3. Section I – Exclusions**

**3. Water** is deleted and replaced by the following:

**3. Water,** meaning

  **a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

  **b.** Water which:

   **(1)** Backs up through sewers or drains; or

   **(2)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

  as a direct or indirect result of flood; or

  **c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

  **d.** Waterborne material carried or otherwise moved by any of the water referred to in **3.a.** through **3.c.** of this exclusion.

This Exclusion **3.** applies regardless of whether any of the above, in **3.a.** through **3.d.** is caused by an act of nature or is otherwise caused.

This Exclusion **3.** applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in **3.a.** through **3.d.** is covered.

All other provisions of this policy apply.

**INTERLINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRADE OR ECONOMIC SANCTIONS

The following is added to this policy:

**Trade Or Economic Sanctions**

This insurance does not provide any coverage, and we (the Company) shall not make payment of any claim or provide any benefit hereunder, to the extent that the provision of such coverage, payment of such claim or provision of such benefit would expose us (the Company) to a violation of any applicable trade or economic sanctions, laws or regulations, including but not limited to, those administered and enforced by the United States Treasury Department's Office of Foreign Assets Control (OFAC).

All other terms and conditions remain unchanged.

SNC-IL-0719-TOES-E-FL

**INTERLINE**

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

SNC-IL-0719-OFAC-N

City National Insurance Company

Administered by:



PO BOX 3036
Bigfork, MT 59911

Policy Number:  XXXXXXXXX

&lt;Named Insured&gt;
&lt;Mailing Address&gt;

Please see the following page(s) for important policy information.

## GOLF CART COVERAGE ENDORSEMENT

For an additional premium, coverage is extended under your Homeowners policy for losses arising from the use of your golf cart. Section I, Coverage C- Personal Property coverage will apply to your golf cart subject to the limits, exclusions, and conditions listed below. Section II, Coverages E and F, Personal Liability and Medical Payments to Others, will apply to bodily injury or property damage arising from the ownership and use of golf carts subject to the limits, exclusions, and conditions listed below. The limits of liability shown below under 'Limits of Liability' replace the limits of liability shown on the declarations page for any and all covered losses resulting from the operation of your golf cart.

**LIMITS OF LIABILITY**

| Coverage C – Personal Property | *< > | |
|---|---|---|
| Coverage E – Personal Liability | *< > | bodily injury per person |
| | *< > | bodily injury per occurrence |
| | *< > | property damage per occurrence |
| Coverage F – Medical Payments to Others | *< > | |

\* Entries may be left blank if shown in the Policy Declarations for this coverage.

**EXCLUSIONS**

We will not pay for damage to the covered golf cart(s) due to:

- Wear and tear, gradual deterioration, rust, corrosion, latent defect or inherent vice;
- Freezing;
- Overheating unless there is a fire, and then only the damage from the fire will be covered;
- Neglect;
- Structural, mechanical, or electrical breakdown or failure;
- Manufacturer's defect

Coverage provided under this endorsement does not apply to any golf cart while it is:

- Used to carry persons for a charge;
- Used for "business" purposes;
- Rented to others;
- Being operated outside the boundaries of a recognized retirement or limited access community unless being used for golfing purposes or traveling to or from a golf course

**CONDITIONS**

We will pay for any covered loss or damage to the golf cart on an actual cash value basis, which means there will be a deduction for depreciation if applicable. The Personal Property Replacement Cost Loss Settlement – Florida coverage endorsement will not extend replacement cost coverage to your golf cart.

Personal property coverage provided by this endorsement is additional coverage. Therefore, if a loss occurs to your personal property, the coverage provided by this endorsement will not reduce the limit on your declarations page available for other personal property.

This endorsement applies only to the covered golf cart(s) described on your policy declarations page. We will cover your newly acquired golf cart(s) provided you report the newly acquired golf cart to us within 30 days of acquisition and pay the additional premium from the date acquired.

All other provisions of your policy apply.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**LIMITED SCREENED ENCLOSURE AND CARPORT COVERAGE**

For additional premium, we insure for direct physical damage caused by "hurricane loss" only to those items below:

    a.  Aluminum framing for screened enclosures permanently attached to the main dwelling; and

    b.  Aluminum framed carports permanently attached to the main dwelling.

This coverage does not increase the limit of liability for Coverage A.

**CONDITIONS**

Loss Settlement. Losses are settled at Actual Cash Value. We will pay no more than the least of the following amounts:

- Cost to repair damage to covered property
- Actual cash value at the time of loss
- The limit of liability shown on your declarations page for this coverage

Ordinance or Law Coverage does not apply to coverage provided by this endorsement. Actual cash value loss settlement provided by this endorsement may result in you incurring significant out-of-pocket expense to replace your damaged property.

The deductible for this coverage will be the same as the applicable deductible on the policy.

All other provisions of this policy apply.

# ORDINANCE OR LAW COVERAGE
## Notification Form

Florida Law requires insurers to provide Ordinance or Law coverage on all Homeowners policies unless the insured rejects this coverage. You have the option to select Ordinance or Law coverage limits of 10%, 25% or 50% of Coverage **A** displayed on your declaration page.

Ordinance or Law coverage extends coverage to increases in the cost of construction, repair or demolition of your dwelling or other structures on your premises that result from enforcement of ordinances, laws or building codes.

If you are interested in changing your coverage, return this signed form to your insurance agent whose name, address and telephone number appear on the policy declaration page. If no selection is made, the amount of Ordinance or Law coverage listed in the policy Declarations will continue to be the coverage amount for this policy. If this policy currently excludes Ordinance or Law coverage and no selection is made, the policy will continue to exclude Ordinance or Law coverage.

Please read the four options below, check the statement that matches your coverage selection and sign your name where noted.

[ ]     I wish to select 10% Ordinance or Law coverage limit and I reject the limits of 0%, 25%, and 50%.

[ ]     I wish to select 25% Ordinance or Law coverage limit and I reject the limits of 0%, 10%, and 50%.

[ ]     I wish to select 50% Ordinance or Law coverage limit and I reject limits of 0%, 10%, and 25%.

[ ]     I reject Ordinance or Law coverage at the 10% limit, the 25% limit and the 50% limit. I acknowledge that I will not have any Ordinance or Law coverage.

Insured Signature:_____    Date: _____

Policy Number:_____

HOMEOWNERS
HO 23 86 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT – FLORIDA

**A. Eligible Property**

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   **a.** Coverage **C;** and

   **b.** If covered in this policy:

      **(1)** Awnings, outdoor antennas and outdoor equipment; and

      **(2)** Carpeting and household appliances;

      whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:

   **a.** Jewelry;

   **b.** Furs and garments:

      **(1)** Trimmed with fur; or

      **(2)** Consisting principally of fur;

   **c.** Cameras, projection machines, films and related articles of equipment;

   **d.** Musical equipment and related articles of equipment;

   **e.** Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:

      **(1)** Pens or pencils;

      **(2)** Flasks;

      **(2)** Smoking implements; or

      **(3)** Jewelry; and

   **f.** Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

**B. Ineligible Property**

Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

2. Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

**C. Replacement Cost Loss Settlement Condition**

The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

   **a.** Replacement cost at the time of loss without deduction for depreciation;

   **b.** The full cost of repair at the time of loss;

   **c.** The limit of liability that applies to Coverage **C,** if applicable;

   **d.** Any applicable special limits of liability stated in this policy; or

   **e.** For loss to any item described in **A.2.a. – f.** above, the limit of liability that applies to the item.

2. We will settle the loss as follows:

   **a.** If the Mobilehome Endorsement is not made a part of this policy, we will settle the loss as noted in Paragraph **C.1.** above whether or not actual repair or replacement is complete.

 © ISO Properties, Inc., 2005

**b.** If the Mobilehome Endorsement is made a part of this policy:

**(1)** If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value of the loss until the actual repair or replacement is complete.

**(2)** You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with this endorsement provided you notify us of your intent to do so within 180 days after the date of loss.

All other provisions of this policy apply.