UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HUSSEIN RAHAL and LUBNA RAHAL,**

    **Plaintiffs,**

v.             Case No. 6:23-cv-392-CEM-LHP

**NATIONAL SPECIALTY INSURANCE COMPANY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Mediation Report (Doc. 37), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b).

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record